IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAGA BURGER HOLDINGS, LLC, TRUM BURGER LLC, AND TRUMP BURGER KEMAH, LLC<br>*Plaintiffs,*<br><br>vs.<br><br>409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, AND MAGA BURGER HOUSTON, LLC.<br>*Defendants.* | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 25-313 |

## DEFENDANTS 409 BRADFORD, LLC., MAGA BURGER USA, LLC., AND MAGA BURGER HOUSTON, LLC.'S ANSWER

COMES NOW, Defendants 409 Bradford, LLC, MAGA Burger USA, LLC, and MAGA Burger Houston, LLC (collectively "Defendants"), and file their Answer to the Original Complaint of Plaintiffs MAGA Burger Holdings, LLC, Trump Burger LLC, and Trump Burger Kemah, LLC, (collectively "Plaintiffs"), and would answer as follows:

### I. ANSWER

1. Defendants plead that they are not required to either admit or deny paragraph 1 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such a statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

2. Defendants plead that they are not to either admit or deny paragraph 2 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such a statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

3. Defendants plead that they are not to either admit or deny paragraph 3 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such a statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

4. Defendants lack sufficient information to either admit or deny paragraph 4.

5. Defendants lack sufficient information to either admit or deny paragraph 5.

6. Defendants lack sufficient information to either admit or deny paragraph 6.

7. Defendants admit the allegations contained in paragraph 7.

8. Defendants admit the allegation that Archie Patterson is the managing member of 409 Bradford, LLC, MAGA Burger Houston, LLC, and MAGA Burger USA, LLC, and deny that he is affiliated with Defendant All Tex Personnel, LLC, as contained in paragraph 8.

9. Defendants deny the allegations contained in paragraph 9.

10. Defendants admit the allegations contained in paragraph 10.

11. Defendants admit the allegations contained in paragraph 11.

12. Defendants deny the allegations contained in paragraph 12.

13. Defendants deny the allegations contained in paragraph 13.

14. Defendants deny the allegations contained in paragraph 14.

15. Defendants deny the allegations contained in paragraph 15.

16. Defendants deny the allegations contained in paragraph 16.

17. Defendants deny the allegations contained in paragraph 17.

18. Defendants deny the allegations contained in paragraph 18.

19. Defendants deny the allegations contained in paragraph 19.

20. Defendants deny the allegation contained in sentences 1, 2, 3, and 4 of paragraph 20. Defendants admit the allegations contained in sentence 5 of paragraph 20.

21. Defendants admit the allegations contained in paragraph 21.

22. Defendants deny sentences 4, 5, and 6 of paragraph 22. Defendants admit sentences 1, 2, and 3 contained in paragraph 22.

23. Defendants deny sentences 1, 2, 3, 4 and 5 of paragraph 23.

24. Defendants deny sentence 1 of paragraph 24. Defendants admit sentence 2 of paragraph 24.

25. Defendants deny the allegations contained in paragraph 25.

26. Defendants deny the allegations contained in paragraph 26.

27. Defendants deny the allegations contained in paragraph 27.

28. Defendants deny the allegations contained in paragraph 28.

29. Defendants deny the allegations contained in paragraph 29.

30. Defendants deny the allegations contained in paragraph 30.

31. Defendants deny the allegations contained in paragraph 31.

32. Defendants deny the allegations contained in paragraph 32.

33. Defendants deny the allegations contained in paragraph 33.

34. Defendants deny the allegations contained in paragraph 34.

35. Defendants plead that they are not required to either admit or deny paragraph 30 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).[1]

36. Defendants plead that they are not required to either admit or deny paragraph 31 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

37. Defendants plead that they are not required to either admit or deny paragraph 32 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

38. Defendants plead that they are not required to either admit or deny paragraph 33 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

39. Defendants plead that they are not required to either admit or deny paragraph 34 because it contains a legal argument, which he is not required to either admit

---

[1] [1] Plaintiffs' Complaint is mis-numbered. Paragraph 30 on page 9 should actually be paragraph 36 instead of paragraph 30 which appears first on page 8.

or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

40. Defendants plead that they are not required to either admit or deny paragraph 35 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

41. Defendants plead that they are not required to either admit or deny paragraph 36 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

42. Defendants plead that they are not required to either admit or deny paragraph 37 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s). The alleged "trade dress" claimed by Plaintiff is not distinctive, inherently or through secondary meaning, and is functional in nature. Defendant further denies that there are any similarities between Defendant's business operations, design, or presentation and those of the Plaintiff. Defendant denies adopting or using any "substantially identical" trade dress and denies that any likelihood of confusion exists as to source, sponsorship, or approval.

43. Defendants plead that they are not required to either admit or deny paragraph 38 because it contains a legal argument, which he is not required to either admit

or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

44. Defendants plead that they are not required to either admit or deny paragraph 39 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

45. Defendants plead that they are not required to either admit or deny paragraph 40 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

46. Defendants lack sufficient information to either admit or deny Paragraph 41; the singular "Defendant" is not identified.

47. Defendants plead that they are not required to either admit or deny paragraph 42 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

48. Defendants plead that they are not required to either admit or deny paragraph 43 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

49. Defendants plead that they are not required to either admit or deny paragraph 44 because it contains a legal argument, which he is not required to either admit

or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

50. Defendants plead that they are not required to either admit or deny paragraph 45 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

51. Defendants plead that they are not required to either admit or deny paragraph 46 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

52. Defendants plead that they are not required to either admit or deny paragraph 47 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

53. Defendants plead that they are not required to either admit or deny paragraph 48 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

54. Defendants deny the allegation contained in paragraph 49.

55. Defendants deny the allegation contained in paragraph 50.

56. Defendants plead that they are not required to either admit or deny paragraph 51 because it contains a legal argument, which he is not required to either admit

or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

57. Defendants plead that they are not required to either admit or deny paragraph 52 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

58. Defendants plead that they are not required to either admit or deny paragraph 53 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

59. Defendants plead that they are not required to either admit or deny paragraph 54 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

60. Defendants plead that they are not required to either admit or deny paragraph 55 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

61. Defendants plead that they are not required to either admit or deny paragraph 56 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

62. Defendants plead that they are not required to either admit or deny paragraph 57 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

63. Defendants plead that they are not required to either admit or deny paragraph 58 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

64. Defendants plead that they are not required to either admit or deny paragraph 59 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

65. Defendants plead that they are not required to either admit or deny paragraph 60 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

66. Defendants plead that they are not required to either admit or deny paragraph 61 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

67. Defendants plead that they are not required to either admit or deny paragraph 62 because it contains a legal argument, which he is not required to either admit

or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

68. Defendants plead that they are not required to either admit or deny paragraph 63 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

69. Defendants plead that they are not required to either admit or deny paragraph 64 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

70. Defendants plead that they are not required to either admit or deny paragraph 65 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

71. Defendants plead that they are not required to either admit or deny paragraph 66 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

72. Defendants deny the allegations contained in paragraph 67.

73. Defendants deny the allegations contained in paragraph 68.

74. Defendants plead that they are not required to either admit or deny paragraph 69 because it contains a legal argument, which he is not required to either admit

or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

75. Defendants plead that they are not required to either admit or deny paragraph 70 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

76. Defendants plead that they are not required to either admit or deny paragraph 71 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

77. Defendants plead that they are not required to either admit or deny paragraph 72 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

78. Defendants plead that they are not required to either admit or deny paragraph 73 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

79. Defendants plead that they are not required to either admit or deny paragraph 74 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

80. Defendants plead that they are not required to either admit or deny paragraph 75 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

81. Defendants plead that they are not required to either admit or deny paragraph 74 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Defendants deny such allegation(s).

## II. AFFIRMATIVE DEFENSES

82. In accordance with Rule 8(c) of the Federal Rules of Civil Procedure, Defendants hereby asserts the following affirmative defense(s):

1. Plaintiffs' claims are barred, in whole or in part, by the doctrines of release, laches, waiver, acquiescence, estoppel and/or unclean hands.

2. Plaintiffs' claims are also barred, in whole or in part, by the doctrine of equitable estoppel.

3. Plaintiffs' claims are barred under 15 USCS § 1115, as Defendants' use of the trademark was descriptive, used fairly, and in good faith to describe Defendants' goods or services.

4. Plaintiffs' claims are barred in whole because the mark is functional.

5. Plaintiffs' claims are barred in whole or in part due to fair use of the alleged trademarks.

6. Plaintiffs' claims are barred in whole or in part due to abandonment of a trademark through intentional nonuse, which results in the loss of any legal rights in the mark.

7. Plaintiffs' claims are barred in whole or in part due to misconduct or bad faith related to the trademark or competition.

8. Plaintiffs' claims are barred in whole or in part due to a failure to state a claim because the complaint does not allege facts sufficient to establish one or more elements of the asserted causes of action.

9. Plaintiffs' claims are barred in whole or in part due to the functionality doctrine, the alleged trade dress is functional and therefore not protectable under the Lanham Act.

10. Plaintiffs' claims are barred in whole or in part due to no likelihood of confusion because there is no likelihood of confusion between the parties' marks, trade dress, or services.

11. Defendants used the terms descriptively, not as a brand name and it was descriptive of goods/services, used in good faith, and not otherwise used as a trademark.

WHEREFORE PREMISES CONSIDERED, DEFENDANTS having fully answered, respectfully prays for judgment that Plaintiff takes nothing by the Complaint, for cost incurred herein, and for such other and further relief, at law or in equity, as the Court may deem just and proper.

DATED: October 21, 2025.

Respectfully submitted,

Murray | Lobb, P.L.L.C.

By: /s/ Kyle L. Dickson
    Kyle L. Dickson, *Attorney-in-Charge*
    Texas Bar No. 05841310
    Federal Bar No. 13441
    Sarbjit S. Nagi
    Texas Bar No. 24125337
    Federal Bar No. 3748611
    2200 Space Park Drive, Suite 350
    Houston, Texas 77058
    Ph:   (281) 488-0630
    Fx:   (281) 488-2039
    Email: *kdickson@murray-lobb.com*
           *snagi@murray-lobb.com*

ATTORNEYS FOR DEFENDANT 409 BRADFORD, LLC, MAGA BURGER USA, LLC, AND MAGA BURGER HOUSTON, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in the appropriate manner to all known parties and/or counsel of record on October 21, 2025.

    /s/ Kyle L. Dickson
    Kyle L. Dickson

Geoffrey S. Binney
Gauntt, Koen, Binney & Kidd, LLP.
25700 I-45 North, Suite 130
Spring, Texas 77386
*Geoff.binney@gkbklaw.com*

**Counsel for Plaintiff Trump Burger – KEMAH, LLC.**

Michael Spradley
BAYOU IP, PLLC.
11011 Richmond Ave., Ste. 178
Houston, Texas 77042
*Michael@bayouip.com*

    **Counsel for Plaintiffs MAGA Burger Holdings, LLC and Trump Burger, LLC.**