IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAGA BURGER HOLDINGS, LLC, TRUM BURGER LLC, AND TRUMP BURGER KEMAH, LLC<br>*Plaintiffs,*<br><br>vs.<br><br>409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, AND MAGA BURGER HOUSTON, LLC.<br>*Defendants.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 25-313 |

## DEFENDANT ARCHIE PATTERSON'S ANSWER

COMES NOW, Defendant Archie Patterson ("Defendant" or "Archie"), and files his Answer to the Original Complaint of Plaintiffs MAGA Burger Holdings, LLC, Trump Burger LLC, and Trump Burger Kemah, LLC (collectively "Plaintiffs"), and would answer as follows:

### I. ANSWER

1. Archie pleads that he is not required to either admit or deny paragraph 1 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such a statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

2.  Archie pleads that he is not required to either admit or deny paragraph 2 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such a statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

3.  Archie pleads that he is not required to either admit or deny paragraph 3 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such a statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

4.  Archie lacks sufficient information to either admit or deny paragraph 4.

5.  Archie lacks sufficient information to either admit or deny paragraph 5.

6.  Archie lacks sufficient information to either admit or deny paragraph 6.

7.  Archie admits the allegations contained in paragraph 7.

8.  Archie admits the allegation that he is the managing member of 409 Bradford, LLC, MAGA Burger Houston, LLC and MAGA Burger USA, LLC and denies that he is affiliated with Defendant All Tex Personnel, LLC, contained in paragraph 8.

9.  Archie denies the allegations contained in paragraph 9.

10. Archie admits the allegations contained in paragraph 10.

11. Archie admits the allegations contained in paragraph 11.

12. Archie denies the allegations contained in paragraph 12.

13. Archie denies the allegations contained in paragraph 13.

14. Archie denies the allegations contained in paragraph 14.

15. Archie denies the allegations contained in paragraph 15.

16. Archie denies the allegations contained in paragraph 16.

17. Archie denies the allegations contained in paragraph 17.

18. Archie denies the allegations contained in paragraph 18.

19. Archie denies the allegations contained in paragraph 19.

20. Archie denies the allegation contained in sentences 1, 2, 3, and 4 of paragraph 20. Archie admits the allegations contained in sentence 5 of paragraph 20.

21. Archie admits the allegations contained in paragraph 21.

22. Archie denies sentences 4, 5, and 6 of paragraph 22. Archie admits sentences 1, 2, and 3 contained in paragraph 22.

23. Archie denies the allegations contained in paragraph 23.

24. Archie denies sentence 1 of paragraph 24. Archie admits the other sentences in paragraph 24.

25. Archie denies the allegations contained in paragraph 25.

26. Archie denies the allegations contained in paragraph 26.

27. Archie denies the allegations contained in paragraph 27.

28. Archie denies the allegations contained in paragraph 28.

29. Archie denies the allegations contained in paragraph 29.

30. Archie denies the allegations contained in paragraph 30.

31. Archie denies the allegations contained in paragraph 31.

32. Archie denies the allegations contained in paragraph 32.

33. Archie denies the allegations contained in paragraph 33.

34. Archie denies the allegations contained in paragraph 34.

35. Archie pleads that he is not required to either admit or deny paragraph 30 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).[1]

36. Archie pleads that he is not required to either admit or deny paragraph 31 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

37. Archie pleads that he is not required to either admit or deny paragraph 32 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

38. Archie pleads that he is not required to either admit or deny paragraph 33 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

39. Archie pleads that he is not required to either admit or deny paragraph 34 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

---

[1] Plaintiffs' Complaint is mis-numbered. Paragraph 30 on page 9 should actually be paragraph 36 instead of paragraph 30 which appears first on page 8.

40. Archie pleads that he is not required to either admit or deny paragraph 35 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

41. Archie pleads that he is not required to either admit or deny paragraph 36 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

42. Archie pleads that he is not required to either admit or deny paragraph 37 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s). The alleged "trade dress" claimed by Plaintiff is not distinctive, inherently or through secondary meaning, and is functional in nature. Defendant further denies that there are any similarities between Defendant's business operations, design, or presentation and those of the Plaintiff. Defendant denies adopting or using any "substantially identical" trade dress and denies that any likelihood of confusion exists as to source, sponsorship, or approval.

43. Archie pleads that he is not required to either admit or deny paragraph 38 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

44. Archie pleads that he is not required to either admit or deny paragraph 39 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

45. Archie pleads that he is not required to either admit or deny paragraph 40 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

46. Archie lacks sufficient information to either admit or deny Paragraph 41; the singular "Defendant" is not identified.

47. Archie pleads that he is not required to either admit or deny paragraph 42 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

48. Archie pleads that he is not required to either admit or deny paragraph 43 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

49. Archie pleads that he is not required to either admit or deny paragraph 44 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

50. Archie pleads that he is not required to either admit or deny paragraph 45 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

51. Archie pleads that he is not required to either admit or deny paragraph 46 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

52. Archie pleads that he is not required to either admit or deny paragraph 47 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

53. Archie pleads that he is not required to either admit or deny paragraph 48 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

54. Archie denies the allegation contained in paragraph 49.

55. Archie denies the allegation contained in paragraph 50.

56. Archie pleads that he is not required to either admit or deny paragraph 51 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

57. Archie pleads that he is not required to either admit or deny paragraph 52 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

58. Archie pleads that he is not required to either admit or deny paragraph 53 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

59. Archie pleads that he is not required to either admit or deny paragraph 54 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

60. Archie pleads that he is not required to either admit or deny paragraph 55 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

61. Archie pleads that he is not required to either admit or deny paragraph 56 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

62. Archie pleads that he is not required to either admit or deny paragraph 57 because it contains a legal argument, which he is not required to either admit or deny.

Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

63. Archie pleads that he is not required to either admit or deny paragraph 58 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

64. Archie pleads that he is not required to either admit or deny paragraph 59 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

65. Archie pleads that he is not required to either admit or deny paragraph 60 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

66. Archie pleads that he is not required to either admit or deny paragraph 61 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

67. Archie pleads that he is not required to either admit or deny paragraph 62 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

68. Archie pleads that he is not required to either admit or deny paragraph 63 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

69. Archie pleads that he is not required to either admit or deny paragraph 64 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

70. Archie pleads that he is not required to either admit or deny paragraph 65 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

71. Archie pleads that he is not required to either admit or deny paragraph 66 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

72. Archie denies the allegations contained in paragraph 67.

73. Archie denies the allegations contained in paragraph 68.

74. Archie pleads that he is not required to either admit or deny paragraph 69 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

75. Archie pleads that he is not required to either admit or deny paragraph 70 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

76. Archie pleads that he is not required to either admit or deny paragraph 71 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

77. Archie pleads that he is not required to either admit or deny paragraph 72 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

78. Archie pleads that he is not required to either admit or deny paragraph 73 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

79. Archie pleads that he is not required to either admit or deny paragraph 74 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

80. Archie pleads that he is not required to either admit or deny paragraph 75 because it contains a legal argument, which he is not required to either admit or deny.

Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

81. Archie pleads that he is not required to either admit or deny paragraph 74 because it contains a legal argument, which he is not required to either admit or deny. Alternatively, in the event such statement is construed to be a factual allegation or contains any factual allegations, Archie denies such allegation(s).

## II. AFFIRMATIVE DEFENSES

82. In accordance with Rule 8(c) of the Federal Rules of Civil Procedure, Archie hereby asserts the following affirmative defense(s):

1. Plaintiffs' claims are barred, in whole or in part, by the doctrines of release, laches, waiver, acquiescence, estoppel and/or unclean hands.

2. Plaintiffs' claims are also barred, in whole or in part, by the doctrine of equitable estoppel.

3. Plaintiffs' claims against Archie are barred because Archie is not liable in the capacity in which he has been sued. Specifically, Archie is not personally liable for actions taken by 409 Bradford, LLC., MAGA Burger USA, LLC., or MAGA Burger Houston, LLC., under Section 21.223 of the Texas Business Organizations Code.

WHEREFORE PREMISES CONSIDERED, DEFENDANT Archie having fully answered, respectfully prays for judgment that Plaintiff takes nothing by the Complaint, for cost incurred herein, and for such other and further relief, at law or in equity, as the Court may deem just and proper.

DATED: October 21, 2025.

                    Respectfully submitted,

                    MURRAY | LOBB, P.L.L.C.

                    By: */s/ Kyle L. Dickson*
                        Kyle L. Dickson, *Attorney-in-Charge*
                        Texas Bar No. 05841310
                        Federal Bar No. 13441
                        Sarbjit S. Nagi
                        Texas Bar No. 24125337
                        Federal Bar No. 3748611
                        2200 Space Park Drive, Suite 350
                        Houston, Texas 77058
                        Ph:  (281) 488-0630
                        Fx:  (281) 488-2039
                        Email: *kdickson@murray-lobb.com*
                                 *snagi@murray-lobb.com*

                    ATTORNEYS FOR DEFENDANT
                    ARCHIE PATTERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in the appropriate manner to all known parties and/or counsel of record on October 21, 2025.

                    */s/ Kyle L. Dickson*
                    Kyle L. Dickson

Geoffrey S. Binney
GAUNTT, KOEN, BINNEY & KIDD, LLP.
25700 I-45 North, Suite 130
Spring, Texas 77386
*Geoff.binney@gkbklaw.com*

      **Counsel for Plaintiff Trump Burger – KEMAH, LLC.**

Michael Spradley
BAYOU IP, PLLC.
11011 Richmond Ave., Ste. 178
Houston, Texas 77042
Michael@bayouip.com

>**Counsel for Plaintiffs MAGA Burger Holdings, LLC and Trump Burger, LLC.**