IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAGA BURGER HOLDINGS, LLC, TRUM BURGER LLC, AND TRUMP BURGER KEMAH, LLC<br>*Plaintiffs*, | § § § § § | |
| vs. | § § § | CIVIL ACTION NO. 25-313 |
| 409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, AND MAGA BURGER HOUSTON, LLC.<br>*Defendants*. | § § § § § § § | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Defendants 409 Bradford, LLC., MAGA Burger USA, LLC., MAGA Burger Houston, LLC., and Archie Patterson (collectively "Defendants"), and certifies that the following individuals/entities have a financial interest in the outcome of this litigation:

1. 409 Bradford, LLC.
    a. Galveston, Texas
2. Archie Paterson
    a. Galveston, Texas
3. MAGA Burger USA, LLC.
    a. Galveston, Texas
4. Maga Burger Houston, LLC.
    a. Galveston, Texas

1

DATED: November 4, 2025

Respectfully submitted,

MURRAY | LOBB, P.L.L.C.

By: /s/ Kyle L. Dickson
    Kyle L. Dickson, *Attorney-in-Charge*
    Texas Bar No. 05841310
    Federal Bar No. 13441
    Sarbjit S. Nagi
    Texas Bar No. 24125337
    Federal Bar No. 3748611
    2200 Space Park Drive, Suite 350
    Houston, Texas 77058
    Ph:  (281) 488-0630
    Fx:  (281) 488-2039
    Email: *kdickson@murray-lobb.com*
           *snagi@murray-lobb.com*

ATTORNEYS FOR DEFENDANTS 409 BRADFORD, LLC, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, ARCHIE PATTERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in the appropriate manner to all known parties and/or counsel of record on November 4, 2025.

    /s/ Kyle L. Dickson
    Kyle L. Dickson

Geoffrey S. Binney
GAUNTT, KOEN, BINNEY & KIDD, LLP.
25700 I-45 North, Suite 130
Spring, Texas 77386
*Geoff.binney@gkbklaw.com*

**Counsel for Plaintiff Trump Burger – KEMAH, LLC.**

Michael Spradley
BAYOU IP, PLLC.
11011 Richmond Ave., Ste. 178
Houston, Texas 77042
Michael@bayouip.com

    **Counsel for Plaintiffs MAGA Burger Holdings, LLC and Trump Burger, LLC.**