IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAGA BURGER HOLDINGS, LLC, <br> TRUMP BURGER LLC, and <br> TRUMP BURGER KEMAH, LLC <br> Plaintiffs, <br><br> v. <br><br> 409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC. <br> Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO. 25-313 |

## PLAINTIFFS' CONSENT TO IDTTM OPERATIONS LLC, TRUMP WINE MARKS, LLC, AND CIC OPERATIONS LLC'S MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs MAGA Burger Holdings LLC, Trump Burger LLC, and Trump Burger Kemah, LLC (collectively, "Plaintiffs") and file this notice of non-objection and consent to Intervenors IDTTM Operations LLC, Trump Wine Marks, LLC and CIC Operations LLC's Motion to Intervene filed [Doc. 15]. At the time of the filing, Plaintiffs did not agree with the filing of Intervenor Plaintiffs/Cross-Claimants motion. However, in order to streamline the process and avoid unnecessary litigation, by filing this notice, Plaintiffs officially state they do not contest the proposed Intervenor's entry into the lawsuit.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court take judicial notice of Plaintiffs' Consent to the filing of Intervenor Plaintiffs/Cross-Claimants Motion to Intervene.

Respectfully submitted,

GAUNTT, KOEN, BINNEY & KIDD, LLP

By: /s/ *Geoffrey S. Binney*
    Geoffrey S. Binney
    Texas Bar No. 24029071
    Fed ID: 32660
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone: (281) 367-6555
Facsimile: (281) 367-3705
Email: geoff.binney@gkbklaw.com
LEAD COUNSEL FOR PLAINTIFF
TRUMP BURGER – KEMAH, LLC

BAYOU IP PLLC

By: /s/ *Michael Spradley*
    Michael Spradley
    Texas Bar No. 24067881
    SDTX: 1206455
    michael@bayouip.com
11011 Richmond Ave, Ste 178
Houston, TX 77042
Tel: (713)-PAT-ENTS (728-3687)
LEAD COUNSEL FOR MAGA BURGER
HOLDINGS, LLC, and TRUMP BURGER LLC

## **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing documents has been delivered by electronic service to all known parties and/or counsel of record on December 10, 2025:

Murray Lobb, P.L.L.C.
Kyle L. Dickson
Sarbjit S. Nagi
2200 Space Park Drive, Ste. 350
Houston, Texas 77058
*Attorney for Defendants 409 Bradford, LLC, Maga Burger USA, LLC, Maga Burger Houston, LLC and Archie Patterson*

Spencer Fane, LLP
Mateo Fowler
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 575-6097 Telephone
(512) 840-4551 Facsimile
*Attorney for Intervenors DTTM Operations LLC, Trump Wine Marks, LLC and CIC Operations LLC*

        */s/ Geoffrey S. Binney*
        Geoffrey S. Binney