# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| **MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC** § § § § | |
| **Plaintiffs,** § § | |
| v. § § | **CIVIL ACTION NO. 25-313** |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC,** § § § § § | |
| **Defendants.** § § _____/ § | |
| **DTTM OPERATIONS, LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS, LLC,** § § § § | |
| **Intervenor Plaintiffs/Cross-Claimants,** § § | |
| v. § § | |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, PRESIDENT BURGER LLC F/K/A TRUMP BURGER BELLVILLE, LLC, TRUMP BURGER, LLC, TRUMP BURGER MAGA INC., TRUMP BURGER TEXAS, INC., TRUMP BURGER USA INC., TRUMP BURGER 2024, INC., IYAD ABUELHAWA, SUAD HAMEDAH, TRUMP BURGER CONROE, LLC, TONY WHITE, TRUMP BURGER MONTGOMERY, LLC, MAGA BURGER ATW LLC, MAGA BURGER BAY CITY INC., MAGA BURGER VICTORIA LLC, ROLAND BEAINY, and BARTON RANDOL BLAKELOCK,** § § § § § § § § § § § § § § | |
| **Defendants,** § § | |
| **and** § § | |

1

| | |
|---|---|
| **MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC,** | § § § |
| **Cross-Defendants.** | § § |
| _____/ | § |

## DECLARATION OF ALAN GARTEN, ESQ.

I, Alan Garten, do hereby declare and affirm as follows:

1. I hereby make this Declaration under 28 U.S.C. § 1746 based upon my personal knowledge and understand that willful false statements and the like are made punishable by fine or imprisonment, or both.

2. I am a United States citizen, I am over the age of eighteen (18), and I am qualified to give this Declaration.

3. I am the Executive Vice President & Chief Legal Officer for the Trump Organization as well as DTTM Operations LLC ("DTTM"), Trump Wine Marks, LLC ("TWM") and CIC Operations LLC (collectively "Trump Org.").

4. I have personal knowledge of the facts set forth herein, and I am authorized by Trump Org. to make this Declaration.

5. Trump Org. are registered limited liability companies in the State of Delaware.

6. Trump Org. is the lawful owner of the Marks attached as "Exhibit A," ("Trump Org. Marks") and many others.

7. Trump Org. and their predecessors-in-interest have used and/or licensed the Trump Org. Marks for many years, some for several decades, in the restaurant and hospitality industries in, interstate, and international commerce, and Trump Org. has

2

developed significant and valuable goodwill in the Trump Org. Marks within the industries and in the public.

8. I have reviewed the allegations contained in the original Complaint filed in the United States District Court for the Southern District of Texas Case Number 25-313 ("the federal case").

9. Trump Org. never gave permission to any of the named parties in the federal case to use the Trump Org. Marks or the name, likeness or image of any Trump family members and believe that the named parties are infringing on Trump Org.'s rights in the Trump Org. Marks, diluting same and violating the Trump Family members respective rights of publicity.

10. On November 6, 2025, Trump Org. first became aware of the federal case and contacted counsel that same day to begin reviewing intervention in it.

11. This Declaration is being executed for the limited purpose of providing a sworn factual basis to support Trump Org.'s Motion to Intervene in the federal case and does not constitute all facts about Trump Org. or this matter of which I am aware.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on** 21/11/25 **.**

*Alan Garten*
Alan Garten (Nov 21, 2025 17:20:48 EST)
Alan Garten, Esq.

3

# Declaration of Alan Garten FINAL

Final Audit Report 2025-11-21

| | |
|---|---|
| Created: | 2025-11-21 |
| By: | Joanna Lubczanska (jlubczanska@500law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATu3NOFlr2ly60n6-SGZow9cWN3_CgOwh |

## "Declaration of Alan Garten FINAL" History

- Document created by Joanna Lubczanska (jlubczanska@500law.com)
  2025-11-21 - 10:16:54 PM GMT

- Document emailed to Alan Garten (alan.garten@trumporg.com) for signature
  2025-11-21 - 10:16:57 PM GMT

- Email viewed by Alan Garten (alan.garten@trumporg.com)
  2025-11-21 - 10:20:12 PM GMT

- Document e-signed by Alan Garten (alan.garten@trumporg.com)
  Signature Date: 2025-11-21 - 10:20:48 PM GMT - Time Source: server

- Agreement completed.
  2025-11-21 - 10:20:48 PM GMT

Adobe Acrobat Sign