# EXHIBIT E





Exh.E - Kemah

  

Exh. E - Bellville



Exh. E. Houston



# BURGERS

**// TRUMP BURGER:**
8 oz Angus beef, 2 slices of yellow American, lettuce, tomato , onion, pickles, mayo and home made bbq sauce. **$12.99**

**// TRUMP TOWER:**
16 oz Angus beef , 4 slices white and yellow American, lettuce, tomato , onion , pickles, mayo and our home made bbq sauce **$15.99**

**// MUSHROOM SWISS:**
8 oz Angus beef , topped with grilled mushrooms, grilled onion, pickles, lettuce, Swiss cheese and mayo sauce **$12.99**

**// BELLVILE ZINGER**
8 oz of angus beef, grilled onion and green pepper , jalapeños , tomato, lettuce , 2 slices white American cheese , onion rings , our homage bbq sauce and sriracha **$12.99**

**// BBQ TURKEY BACON BURGER**
8 oz of Angus beef , crispy turkey bacon , pickles , lettuce, grilled onions topped with yellow American cheese mayo and bbq sauce **$14.50**

**// BIDEN BURGER**
1 oz beef topped with old tomato and our oldest buns unavailable due cheating and inflation **$50.99**

# SANDWICHES

**// Philly cheese steak :**
your choice of chicken or beef topped with 2 slices of white American cheese grilled onion green pepper and mayo sauce **$12.99**

TRUMP BURGER