United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MAGA BURGER HOLDINGS, LLC, *et al.*, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| VS. | | No. 3:25-cv-313 |
| 409 BRADFORD, LLC, *et al.*, | | |

## **ORDER**

Before the court is DTTM Operations LLC, Trump Wine Marks, LLC, and CIC Operations LLC's motion to intervene as a matter of right under Fed. R. Civ. P. 24(a) or, alternatively, requesting permissive intervention pursuant to Fed. R. Civ. P. 24(b). Dkt. 27. Finding that it at least satisfies the standards for permissive intervention, the court grants the motion.

Signed on Galveston Island this 7th day of April, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE