**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO.** |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC,** | § § § § | **25-313** |
| **Defendants.** | § § | |
| _____ / | § | |
| **DTTM OPERATIONS, LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS, LLC,** | § § § | |
| **Intervenor Plaintiffs/Cross-Claimants,** | § § § | |
| **v.** | § § | |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, PRESIDENT BURGER LLC F/K/A TRUMP BURGER BELLVILLE, LLC, TRUMP BURGER, LLC, TRUMP BURGER MAGA INC., TRUMP BURGER TEXAS, INC., TRUMP BURGER USA INC., TRUMP BURGER 2024, INC., IYAD ABUELHAWA, SUAD HAMEDAH, TRUMP BURGER CONROE, LLC, TONY WHITE, TRUMP BURGER MONTGOMERY, LLC, MAGA BURGER ATW LLC, MAGA BURGER BAY CITY INC., MAGA BURGER VICTORIA LLC, ROLAND BEAINY, and BARTON RANDAL BLAKELOCK,** | § § § § § § § § § § § § § § § § | |
| **Defendants,** | § § | |

and                                                                        §
                                                                           §
**MAGA BURGER HOLDINGS, LLC, TRUMP**
**BURGER LLC, and TRUMP BURGER KEMAH, LLC,**

**Cross-Defendants.**

_____/

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO CROSS-DEFENDANT TRUMP BURGER KEMAH, LLC

Intervenor Plaintiffs and Cross-Claimants DTTM Operations LLC ("DTTM"), Trump Wine Marks, LLC ("TWM") and CIC Operations LLC, ("CIC") (all Intervenor Plaintiffs and Cross-Claimants collectively referred to as "Trump Org") and Cross-Defendant Trump Burger Kemah, LLC ("TBKEMAH") hereby jointly move this Court for entry of the attached proposed Consent Judgment and Permanent Injunction, attached hereto as **Exhibit "1."** The Parties have resolved all matters in dispute in this action through a Confidential Settlement Agreement and Release, and both Parties consent to entry of the attached Consent Judgment. Good cause exists for its entry, and there is no just reason for delay. The undersigned certify that this motion is filed jointly by both Parties, who have conferred and agreed to the relief requested herein.

WHEREFORE, the Parties respectfully request that this Court enter the attached Consent Judgment, retain jurisdiction over the Parties' Confidential

1

Settlement Agreement  and Permanent Injunction and direct the Clerk to close this

case.

 Respectfully submitted,

**500law**
Attorneys for *Intervenor Plaintiffs Cross Claimants Trump Org*

By: */s/Salvatore Fazio*
**Michael Santucci, Esq.**
Fla. Bar No.: 105260
Primary E-mail: mis@500law.com
Secondary E-mail: docketing@500law.com
**Elijah A. Levitt, Esq.**
Fla. Bar No.: 725560
Primary E-mail: elevitt@500law.com
Secondary E-mail: docketing@500law.com
**Cintia Calevoso, Esq.**
Fla. Bar No.: 088576
Primary E-mail: ccalevoso@500law.com
Secondary E-mail: docketing@500law.com
**Salvatore Fazio, Esq.**
Fla. Bar No.: 127525
Primary E-mail: sfazio@500law.com
Secondary E-mail: docketing@500law.com

SPENCER FANE, LLP
By: */s/ Mateo Fowler*
Mateo Fowler, Esq.
State Bar No. 24062726
mfowler@spencerfane.com
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512)5756097 Telephone
(512)8404551 Facsimile

**GAUNT KOEN BINNEY & KIDD LLP**
*Attorneys for Crossclaim Defendant Trump Burger Kemah, LLC*

By: */s/ Geoffrey Binney*
Geoffrey Binney, Esq.
State Bar No. 24029071
25700 I-45 North, Suite 130
Spring, Texas 77386
Tel: (281) 367-6555
Facsimile (281)367-3705
geoff.binney@gkbklaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

SPENCER FANE, LLP
By: */s/ Mateo Fowler*
Mateo Fowler, Esq.
State Bar No. 24062726
mfowler@spencerfane.com
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512)5756097 Telephone
(512)8404551 Facsimile

3