**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MAGA BURGER HOLDINGS, LLC,** | § | |
| **TRUMP BURGER LLC, and** | § | |
| **TRUMP BURGER KEMAH, LLC** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO.  25-313** |
| | § | |
| **v.** | § | |
| | § | |
| **409 BRADFORD, LLC, ALL TEX** | § | |
| **PERSONNEL, LLC, ARCHIE** | § | |
| **PATTERSON, MAGA BURGER** | § | |
| **USA, LLC, and MAGA BURGER** | § | |
| **HOUSTON, LLC.** | § | |
| **Defendants** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs MAGA Burger Holdings, LLC, Trump Burger LLC, and Trump Burger Kemah, LLC, and Defendants 409 Bradford, LLC, All Tex Personnel, LLC, Archie Patterson, MAGA Burger USA, LLC, and MAGA Burger Houston, LLC, by and through their respective undersigned counsel, hereby stipulate and agree that all claims asserted by Plaintiffs against Defendants in the above-captioned action are hereby DISMISSED WITH PREJUDICE.

This dismissal is limited to the claims asserted by Plaintiffs against Defendants and does not constitute a dismissal of the entire action. This stipulation does not affect, and expressly preserves, any and all claims asserted by any intervenor, including any claims asserted by any intervenor against Plaintiffs, against Defendants, or against any other party, all of which remain pending before this Court.

Each party to this stipulation shall bear its own attorneys' fees, costs, and expenses unless otherwise provided in a separate written agreement among the parties.

**AGREED AND STIPULATED**

Respectfully submitted,

GAUNTT, KOEN, BINNEY & KIDD, LLP

By: /s/ *Geoffrey S. Binney*
    Geoffrey S. Binney
    Texas Bar No. 24029071
    Fed Bar No.: 32660
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone: (281) 367-6555
Facsimile: (281) 367-3705
Email: geoff.binney@gkbklaw.com
LEAD COUNSEL FOR PLAINTIFF
TRUMP BURGER – KEMAH, LLC

BAYOU IP PLLC

By: /s/ *Michael Spradley*
    Michael Spradley
    Texas Bar No. 24067881
    SDTX: 1206455
11011 Richmond Ave, Ste 178
Houston, TX 77042
Tel: (713)-PAT-ENTS (728-3687)
Email: michael@bayouip.com
LEAD COUNSEL FOR MAGA BURGER
HOLDINGS, LLC, and TRUMP BURGER LLC

Murray Lobb, P.L.L.C.

By: /s/ Kyle L. Dickson
    Kyle L. Dickson
    Texas Bar No. 05841310
    Fed Bar No. 13441
    Sarbjit S. Nagi
    Texas Bar No. 24125337
    Fed Bar No. 3748611

2200 Space Park Drive, Ste. 350
Houston, Texas 77058
kdickson@murray-lobb.com
snagi@murray-lobb.com
ATTORNEYS FOR DEFENDANTS 409
BRADFORD, LLC, MAGA BURGER USA, LLC,
MAGA BURGER HOUSTON, LLC AND
ARCHIE PATTERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been delivered by electronic service to all known parties and/or counsel of record on May 4, 2026:

Spencer Fane, LLP
Mateo Fowler
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 575-6097 Telephone
(512) 840-4551 Facsimile
*Attorney for Intervenors DTTM Operations LLC,*
*Trump Wine Marks, LLC and CIC Operations LLC*

*/s/ Geoffrey S. Binney*
Geoffrey S. Binney