**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **CIVIL ACTION NO. 25-313** |
| 409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC, | § § § § § | |
| **Defendants.** | § § | |
| _____ / | § | |
| DTTM OPERATIONS, LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS, LLC, | § § § | |
| **Intervenor Plaintiffs/Cross-Claimants,** | § § § | |
| v. | § § § | |
| 409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, PRESIDENT BURGER LLC F/K/A TRUMP BURGER BELLVILLE, LLC, TRUMP BURGER, LLC, TRUMP BURGER MAGA INC., TRUMP BURGER TEXAS, INC., TRUMP BURGER USA INC., TRUMP BURGER 2024, INC., IYAD ABUELHAWA, SUAD HAMEDAH, PRESIDENT BURGER F/K/A TRUMP BURGER BELLVILLE, LLC, TONY WHITE, TRUMP BURGER MONTGOMERY, LLC, MAGA BURGER ATW LLC, MAGA BURGER BAY CITY INC., MAGA BURGER VICTORIA LLC, ROLAND BEAINY, and BARTON RANDAL BLAKELOCK, | § § § § § § § § § § § § § § § § § § | |
| **Defendants,** | § | |

§
§
**and**                                                                                                    §

**MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC,**

**Cross-Defendants.**

_____/

### AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT PRESIDENT BURGER F/K/A TRUMP BURGER BELLVILLE

Intervenor Plaintiffs and Cross-Claimants DTTM Operations LLC ("DTTM"), Trump Wine Marks, LLC ("TWM") and CIC Operations LLC, ("CIC") (all Intervenor Plaintiffs and Cross-Claimants collectively referred to as "Trump Org") and Defendant President Burger F/K/A Trump Burger Bellville, LLC hereby jointly move this Court for entry of the attached proposed Consent Judgment and Permanent Injunction, attached hereto as **Exhibit "1."** The Parties have resolved all matters in dispute in this action through a Confidential Settlement Agreement and Release, and both Parties consent to entry of the attached Consent Judgment. Good cause exists for its entry, and there is no just reason for delay. The undersigned certify that this motion is approved by both Parties, who have conferred and agreed to the relief requested herein.

WHEREFORE, the Parties respectfully request that this Court enter the attached Consent Judgment, retain jurisdiction over the Parties' Confidential

1

Settlement Agreement and Permanent Injunction and direct the Clerk to close this case as to President Burger F/K/A Trump Burger Bellville, LLC.

### Certificate of Conferral

Undersigned counsel Elijah A. Levitt, Esq., hereby certifies that he conferred with Luis Mejia, Managing Member of President Burger F/K/A Trump Burger Bellville, LLC, by email and telephone, and Mr. Mejia agrees to this Motion and entry of this Judgment.

Respectfully submitted,

**500law**
Attorneys for *Intervenor Plaintiffs/Cross Claimants Trump Org*

By: */s/ Elijah A. Levitt*

**Michael Santucci, Esq.**
Fla. Bar No.: 105260
Primary E-mail: mis@500law.com
Secondary E-mail: docketing@500law.com
**Elijah A. Levitt, Esq.**
Fla. Bar No.: 725560
Primary E-mail: elevitt@500law.com
Secondary E-mail: docketing@500law.com
**Cintia Calevoso, Esq.**
Fla. Bar No.: 088576
Primary E-mail: ccalevoso@500law.com
Secondary E-mail: docketing@500law.com
**Salvatore Fazio, Esq.**
Fla. Bar No.: 127525
Primary E-mail: sfazio@500law.com
Secondary E-mail: docketing@500law.com
Pro Hac Vice Granted November 25, 2025

2

SPENCER FANE, LLP
Mateo Fowler, Esq.
State Bar No. 24062726
mfowler@spencerfane.com
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 575-6097 Telephone
(512) 840-4551 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Elijah A. Levitt*
**Elijah A. Levitt, Esq.**
Fla. Bar No.: 725560

3