# EXHIBIT "1"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC** | § § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO.** |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC,** | § § § § § | **25-313** |
| **Defendants.** | § § | |
| _____ / | § | |
| **DTTM OPERATIONS, LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS, LLC,** | § § § § | |
| **Intervenor Plaintiffs/Cross-Claimants,** | § § § | |
| **v.** | § § § | |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, PRESIDENT BURGER LLC F/K/A TRUMP BURGER BELLVILLE, LLC, TRUMP BURGER, LLC, TRUMP BURGER MAGA INC., TRUMP BURGER TEXAS, INC., TRUMP BURGER USA INC., TRUMP BURGER 2024, INC., IYAD ABUELHAWA, SUAD HAMEDAH, PRESIDENT BURGER F/K/A TRUMP BURGER BELLVILLE, LLC, TONY WHITE, TRUMP BURGER MONTGOMERY, LLC, MAGA BURGER ATW LLC, MAGA BURGER BAY CITY INC., MAGA BURGER VICTORIA LLC, ROLAND BEAINY, and BARTON RANDOL BLAKELOCK,** | § § § § § § § § § § § § § § § § § § | |
| **Defendants,** | § | |

§
§

**and**

§

**MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC,**

**Cross-Defendants.**

_____/

## [PROPOSED] STIPULATED FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST PRESIDENT BURGER F/K/A TRUMP BURGER BELLVILLE, LLC

This Cause came before the Court upon the Motion for Entry of Consent Judgment of Permanent Injunction between Intervenor Plaintiffs DTTM Operations, LLC ("DTTM"), CIC Operations LLC ("CIC") and Trump Wine Marks LLC ("TWM") (collectively, "Trump Org.") and Defendant President Burger F/K/A Trump Burger Bellville, LLC ( herein together referred as "the Parties" and "the Stipulation"). [ECF No. 72].  Therein, the parties agreed, pursuant to an otherwise confidential settlement agreement between them, to entry of terms contained in this Order, and the Court, being fully advised in the premises of this case, finds that permanent injunctive relief is appropriate under the terms agreed to by the parties.

Accordingly, upon consideration of the Stipulation, it is hereby **ORDERED** and **ADJUDGED** that:

1.    President Burger F/K/A Trump Burger Bellville, LLC and all other persons and entities in concert or participation with him who receive actual notice of this Consent Judgment by personal service or otherwise, are hereby

1

**PERMANENTLY ENJOINED AND RESTRAINED** from engaging in any of the following activities:

A. Using in any manner any of Trump Org.'s trademarks or service marks TRUMP, MAGA, MAKE AMERICA GREAT AGAIN, or any marks consisting of the marks, words or names "TRUMP," "MAGA," "MAKE AMERICA GREAT AGAIN" or any variation thereof whether by themselves or combined with other words, logos or graphics including, without limitation, the marks listed on ***Exhibit "A" hereto*** (hereinafter, "Trump Org.'s Marks");

B. Using in any manner any trademark, words, abbreviations, text, arrangements, logo, graphic or other combinations thereof that would imitate, resemble, or suggest an affiliation with DTTM, CIC, TWM, Donald J. Trump, Melania Trump or any of Trump Org.'s Marks;

C. Otherwise infringing upon any of Trump Org.'s Marks;

D. Unfairly competing with DTTM, CIC or TWM by copying or imitating any of Trump Org.'s Marks; and

E. Implying, directly stating, or creating the impression that President Burger F/K/A Trump Burger Bellville, LLC or any of its services or products are affiliated, sponsored by, or associated with Trump Org., their services or products, Donald J. Trump or Melania Trump.

2

2.      All remaining claims by and between the parties to the Stipulation are otherwise dismissed with prejudice, with all parties bearing their own attorneys' fees and costs unless otherwise provided in the parties' Confidential Settlement Agreement.

3.      The Court approves the parties' Settlement Agreement executed on July 22, 2026, incorporates it by reference into this Consent Injunction to the extent consistent with this Order, and expressly retains jurisdiction over this action and the parties to interpret and enforce this Stipulated Injunction and the Settlement Agreement until all obligations are fully performed.

**DONE** AND **ORDERED** on this ___ day of _____ 2026.

_____
Jeffrey Vincent Brown
United States District Judge

3

# EXHIBIT "A"

## DTTM Operations LLC

| MARK | STATUS | GOODS/SERVICES |
|---|---|---|
| TRUMP | Registered (sec. 8 & 15) Reg. No. 3483760 Reg. Date: Aug. 12, 2008 | IC 043: Restaurant services DOFU[1]: Nov. 2003 |
| TRUMP | Registered (sec. 8 & 15) Reg. No. 2240310 Reg. Date: Apr. 20, 1999 | IC 043: hotel services DOFU: Jun. 12, 1995 |
| TRUMP HOTELS | Registered (sec. 8 & 15) Reg. No. 5595823 Reg. Date: Oct. 30, 2018 | IC 043: Hotel services, restaurant services, temporary accommodation services; providing temporary lodging services; serving food and drinks; coffee shops; bistro and bar services; catering; provision of conference facilities and social function facilities for special occasions DOFU: Jan. 15, 2016 |
| TRUMP NATIONAL GOLF CLUB | Registered (sec. 8 & 15) Reg. No. 2269568 Reg. Date: Aug. 10, 1999 | IC 025, 041, 042: social club and restaurant services DOFU: Jul. 26, 1997 |
| TRUMP INTERNATIONAL GOLF CLUB | Registered (sec. 8 & 15) Reg. No. 2322517 Reg. Date: Feb. 22, 2000 | IC 041: golf club services DOFU: May 1997 |

---

[1] "DOFU" means "date of first use."

4

| TRUMP ATTACHÉ | Registered (sec. 8 & 15) Reg. No. 3828734 Reg. Date: Aug. 03, 2010 | IC 035: Inventory control, namely, personalized prestocking of kitchens, refrigerators and bars for hotel guests and hotel condominium unit owners IC 037 : Personal valet services to hotel guests and hotel condominium unit owners, namely, laundry services, pressing of clothing IC 041: Personal valet services to hotel guests and hotel condominium unit owners, namely, arranging for ticket reservations for shows and other entertainment events based on customers' individual preferences IC 043: Guest services, namely, making reservations and booking for temporary lodging, reservation of restaurants IC 045: Personal shopping for others; personal concierge services for others comprising making requested personal arrangements and reservations, running errands and providing information to meet individual needs, all rendered in hotels and residential complexes DOFU: Oct. 2007 |
|---|---|---|
| TRUMP | Registered (sec. 8 & 15) Reg. No. 2413984 Reg. Date: Dec. 19, 2000 | IC 032: spring water DOFU: Jul. 1998 |
| TRUMP | Registered (sec. 8 & 15) Reg. No. 2431539 Reg. Date: Feb. 27, 2001 | IC 041: Golf club services DOFU: Dec. 1997 |
| TRUMP | Registered (sec. 8 & 15) Reg. No. 4859780 Reg. Date: Nov. 24, 2015 | IC 035, 041: Golf course and club house services; golf courses; entertainment in the nature of golf tournaments; golf instruction; conducting of professional golf competitions; social club services, namely, arranging, organizing, and |

5

|  |  | hosting social events, get-togethers, and parties for club members<br>DOFU: May 1997 |
|---|---|---|
| TRUMP GOLF LINKS | Registered (sec. 8 & 15)<br>Reg. No. 4858415<br>Reg. Date: Nov. 24, 2015 | IC 025, 028, 035, 041: Golf course and club house services; golf courses; entertainment in the nature of golf tournaments, and golf instruction; conducting of professional golf competitions; social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members<br>DOFU: Apr. 01, 2015 |
| TRUMP | Pending<br>Serial No. 99053725<br>Filed Feb. 24, 2025 | IC 009, 035, 042, 041:<br>Providing online non-downloadable images of clothing, cosmetics, footwear, furniture, jewelry, flags, avatars, headwear, luggage, handbags, alcohol, food, drink and computer accessories for use in online virtual worlds; Providing online computer games featuring virtual worlds in which users can exchange digital trading cards and tokens for crypto currency and other digital collectibles for entertainment purposes; Virtual training services in the field of hotel and real estate management, listing and maintenance; Continuing public service programs in the field of social issues, current events, fundraising and global policy produced and distributed over television, satellite, film, audio, video, internet, and 3-D virtual reality media; Providing online virtual reality game services featuring crypto tokens for use in virtual worlds; Arranging exhibitions in virtual worlds for entertainment purposes; Virtual restaurant services in the nature of simulated restaurant services provided in virtual environments for entertainment |

| | | purposes; Simulated restaurant services provided in virtual environments for entertainment purposes; Providing online non-downloadable images of clothing accessories for use in online virtual worlds; Providing online non-downloadable image files of digital overlays of cosmetics for avatars; Providing online non-downloadable image files of digital animated and non-animated designs of avatars; Virtual reality game services provided on-line from a computer network; Simulated banking services for in-game currencies provided in virtual environments for entertainment purposes; Providing online computer games featuring virtual worlds in which users can interact for entertainment purposes; Entertainment services, namely, providing on-line, non-downloadable virtual artworks, text, photographs, images, animations and videos for use in virtual environments created for entertainment purposes; Simulated transport by limousine, aircraft, vessel, train or automobile provided in virtual environments for entertainment purposes; Simulation-based training services in the field of public service, business, civics, fundraising, real estate, construction and hospitality management; Rental of digital image files authenticated by non-fungible tokens (NFTs); Providing virtual museum services via the Internet; Providing online computer games for customizing virtual vehicles; Arranging exhibitions in virtual environments for entertainment purposes; Organizing exhibitions in virtual environments for entertainment purposes; Organizing exhibitions in virtual worlds for entertainment purposes; Simulated |
|---|---|---|

7

| | | |
|---|---|---|
| | | museum services provided in virtual environments for entertainment purposes; Virtual training services in the field of public service, civics, hotel management, construction and hospitality; Virtual personal coaching services in the field of public speaking and fundraising; Providing online virtual guided tours of hotels, public and government buildings; Simulated transport by limousine, automobile, plane, helicopter, train and bus provided in virtual environments for entertainment purposes ITU[2] |
| MAGA | Pending Serial No. 99117379 Filed: Apr. 02, 2025 | IC 014, 018, 024, 025, 028, 021: Beverage glassware; Coffee mugs DOFU: Jul. 2024 |

### CIC Operations LLC

| **MARK** | **STATUS** | **GOODS/SERVICES** |
|---|---|---|
| MAGA | Pending Serial No. 99438540 Filed: Oct. 11, 2025 | IC 009, 024, 025, 036 IC 021: Margarita glasses; Cocktail glasses; Martini glasses; Whisky glasses; Beer glasses; Drinking glasses; Shot glasses; Pilsner drinking glasses; Tumblers for use as drinking glasses<br><br>IC 035: Retail variety stores; Online retail clothing store services; Online retail store services for downloadable ring tones; Online retail store services featuring electronic gift cards; Online retail store services featuring prepaid gift |

---

[2] "ITU" means "intent to use."

| | | |
|---|---|---|
| | | cards; Online retail store services featuring a wide variety of consumer goods; Retail general store services; Retail store services in the field of office products; Gift and sundries retail store services located in hotels; Retail store services in the field of housewares; Retail store services featuring a wide variety of consumer goods; Membership club services providing discounts and administrative processing of rebates for the services of others; Membership club services, namely, providing on-line information to members in the fields of branding, business development, business marketing, and marketing; Administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; Membership club services in the nature of providing discounts to members in the field of financial management<br><br>IC 041: Night club entertainment services; Entertainment services in the nature of arranging social entertainment events; Entertainment services in the nature of live musical performances; Entertainment media production services for motion pictures, television and Internet; Entertainment services, namely, storytelling; Entertainment services in the nature of production of live events for parties and special events for social entertainment purposes; Entertainment services, namely, helicopter rides; Entertainment services, namely, conducting |

9

| | | parties; Entertainment services, namely, conducting contests; Entertainment services, namely, casino gaming; Entertainment services in the nature of live mixed martial arts (MMA) events; Entertainment services in the nature of creation, development, and production of television programming; Event management services being organizing and conducting special events for social entertainment purposes; Entertainment services in the nature of an amusement park attraction, namely, a themed area; Entertainment services in the nature of a television series in the field of drama; Entertainment services, namely, wine and food tastings; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online multiplayer video games; Golf courses; Entertainment in the nature of golf tournaments; Subscription-based golf club services; Providing golf facilities; Arrangement of professional golf tournaments; Golf driving range services; Golf club services; Miniature golf courses<br><br>IC 043:<br>Restaurant and bar services; Bar services featuring a frequent patron bonus program; Pop-up bar services; Hotel accommodation services; Resort hotel accommodation services; Hotel accommodation services featuring a customer loyalty program; Hotel restaurant services ITU |
|---|---|---|

10

| | | |
|---|---|---|
| MAGA HOUSE | Pending<br>Serial No. 99438620<br>Filed: Oct. 11, 2025 | IC 009, 025, 036<br>IC 021: Margarita glasses; Cocktail glasses; Martini glasses; Whisky glasses; Beer glasses; Drinking glasses; Shot glasses; Pilsner drinking glasses; Tumblers for use as drinking glasses<br><br>IC 035: Retail variety stores; Online retail store services featuring a wide variety of consumer goods; Retail store services featuring a wide variety of consumer goods of others; Online retail store services for downloadable ring tones; Online retail store services featuring electronic gift cards; Retail general store services; Retail store services in the field of office products; Gift and sundries retail store services located in hotels; Retail store services in the field of housewares; Retail store services featuring a wide variety of consumer goods; Membership club services providing discounts and administrative processing of rebates for the services of others; Membership club services, namely, providing on-line information to members in the fields of branding, business development, business marketing, and marketing; Administration of a discount program for enabling participants to obtain discounts on goods and services through use of a discount membership card; Membership club services in the nature of providing discounts to members in the field of financial management |

11

| | | |
|---|---|---|
| | | IC 041: Night club entertainment services; Entertainment services in the nature of arranging social entertainment events; Entertainment services in the nature of live musical performances; Entertainment media production services for motion pictures, television and Internet; Entertainment services, namely, storytelling; Entertainment services in the nature of production of live events for parties and special events for social entertainment purposes; Entertainment services, namely, helicopter rides; Entertainment services, namely, conducting parties; Entertainment services, namely, conducting contests; Entertainment services, namely, casino gaming; Entertainment services in the nature of live mixed martial arts (MMA) events; Entertainment services in the nature of creation, development, and production of television programming; Entertainment services in the nature of an amusement park attraction, namely, a themed area; Entertainment services in the nature of a television series in the field of drama; Entertainment services, namely, wine and food tastings; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online multiplayer video games; Golf courses; Miniature golf courses; Entertainment in the nature of golf tournaments; Subscription-based golf club services; Providing golf facilities; Organization, arranging and conducting of |

12

| | | |
|---|---|---|
| | | professional golf tournaments or competitions; Golf driving range services; Golf club services<br><br>IC 043: Restaurant and bar services; Restaurant and bar services featuring a frequent patron bonus program; Pop-up bar services; Hotel accommodation services; Resort hotel accommodation services; Residential hotel accommodation services; Hotel accommodation services featuring a customer loyalty program; Hotel restaurant services ITU |
| MAGA MOM'S CLUB | Pending<br>Serial No. 99097741<br>Filed: Mar. 21, 2025 | IC 025: Pullovers; Hooded pullovers<br>DOFU: Nov. 25, 2024 |
| MAKE AMERICA GREAT AGAIN | Registered<br>Reg. No. 5921166<br>Reg. Date: Nov. 26, 2019 | IC 018, 025<br>DOFU: Aug. 06, 2015 |
| MAKE AMERICA GREAT AGAIN | Registered<br>Reg. No. 5885602<br>Reg. Date: Oct. 15, 2019 | IC 018: All purpose sport bags; Backpacks; Duffel bags; Knapsacks; Tote bags; Umbrellas<br>DOFU: Aug. 06, 2015 |
| MAKE AMERICA GREAT AGAIN | Registered (8 & 15)<br>Reg. No. 5020556<br>Reg. Date: Aug. 16, 2016 | IC 016, 025, 026, 035, 036, 041, 045<br>DOFU: various (2015) |
| MAKE AMERICA GREAT AGAIN | Registered (8 & 15)<br>Reg. No. 4773272<br>Reg. Date: Jul. 14, 2015 | IC 035, 036<br>DOFU: various (2015) |

**Trump Wine Marks, LLC**

13

| MARK | STATUS | GOODS/SERVICES |
|---|---|---|
| TRUMP CIDERY | Registered<br>Reg. No. 8007772<br>Reg. Date: Nov. 04, 2025 | IC 033: Alcoholic cider<br>DOFU: May 12, 2024 |
| TRUMP VA US CIDERY<br><br>TRUMP VA US CIDERY (logo) | Registered<br>Reg. No. 8007771<br>Reg. Date: Nov. 04, 2025 | IC 033: Alcoholic cider<br>DOFU: May 12, 2024 |
| ALBEMARLE ESTATE AT TRUMP WINERY<br>Albemarle Estate AT TRUMP WINERY | Registered (sec. 8 & 15)<br>Reg. No. 5103713<br>Reg. Date: Dec. 20, 2016 | IC 043: Restaurant services; hotel services; providing temporary accommodation; hotel bar and cocktail lounge services; cafe services; catering services; [ arranging temporary housing accommodations, namely, timeshare properties and other interval ownership properties; ] providing facilities for meetings, conferences and functions; hotel reservation services<br>DOFU: May 08, 2015 |
| T TRUMP THE GREAT AMERICAN SPIRIT | Pending<br>App. Serial No. 99409331<br>Filed: Sep. 23, 2025 | IC 033: Alcoholic beverages, except beer<br>ITU |
| TRUMP NEW WORLD RESERVE | Registered (sec. 8 & 15)<br>Reg. No. 4950588<br>Reg. Date: May 03, 2016 | IC 033: Wine<br>DOFU: Jul. 29, 2014 |
| TRUMP | Registered (sec. 8 & 15)<br>Reg. No. 4325053 | IC 033: wine<br>DOFU: Aug. 2012 |

14

| | Reg. Date: Apr. 23, 2013 | |
|---|---|---|

15