**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO. 25-313** |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC,** | § | |
| **Defendants.** | § | |
| ______________________________________________/ | § | |
| **DTTM OPERATIONS, LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS, LLC,** | § | |
| **Intervenor Plaintiffs/Cross-Claimants,** | § | |
| **v.** | § | |
| **409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, PRESIDENT BURGER LLC F/K/A TRUMP BURGER BELLVILLE, LLC, TRUMP BURGER, LLC, TRUMP BURGER MAGA INC., TRUMP BURGER TEXAS, INC., TRUMP BURGER USA INC., TRUMP BURGER 2024, INC., IYAD ABUELHAWA, SUAD HAMEDAH, TRUMP BURGER CONROE, LLC, TONY WHITE, TRUMP BURGER MONTGOMERY, LLC, MAGA BURGER ATW LLC, MAGA BURGER BAY CITY INC., MAGA BURGER VICTORIA LLC, ROLAND BEAINY, and BARTON RANDOL BLAKELOCK,** | § | |
| **Defendants,** | § | |
| **and** | § | |

**MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC,**

**Cross-Defendants.**
_______________________________________________/

## AMENDED NOTICE OF TAKING DEPOSITION

**To:** Roland Beainy, by and through his attorney of record,
Michael Spradley, Bayou IP PLLC,
1220 Augusta Dr., Suite 174,
Houston, TX 77057

Please take notice that at 10:00 am CST on August 24, 2026 the oral deposition of ROLAND BEAINY will be taken via Zoom videoconference by Lexitas Reporting. The deposition will be recorded stenographically before an authorized court reporter. The deposition will be video recorded. The deposition shall be recorded by Lexitas Reporting. The Zoom link is as follows:

https://zoom.us/j/91609836769?pwd=CNZ2w6BSaHNbcLVbaQvx5ShdqvPrzb.1

Meeting ID: 91609836769

Meeting Password: 66796795

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2026, the foregoing document is being served via CM/ECF transmission to all counsel of record.

**500law**
*Attorneys for Plaintiff*
Museum Plaza, Suite 100
200 South Andrews Avenue
Fort Lauderdale, Florida 33301

Telephone: (954) 351-7474

By: */s/ Michael Santucci*
**Michael Santucci, Esq.**
Fla. Bar No.: 105260
Primary E-mail: Mis@500law.com
Secondary E-mail: docketing@500law.com
**Salvatore Fazio, Esq.**
Fla Bar No.: 0127525
Primary E-mail: Sfazio@500law.com
**Elijah A. Levitt, Esq.**
Fla. Bar No.: 725560
Primary E-mail: elevitt@500law.com
**Cintia Calevoso, Esq.**
Fla. Bar No.: 88576
Primary E-mail: ccalevoso@500law.com
Pro Hac Vice Granted November 25, 2025