**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, and MAGA BURGER HOUSTON, LLC,**<br><br>**Defendants.**<br>______________________________________________/ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 25-313** |
| **DTTM OPERATIONS, LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS, LLC,**<br><br>**Intervenor Plaintiffs/Cross-Claimants,**<br><br>**v.**<br><br>**409 BRADFORD, LLC, ALL TEX PERSONNEL, LLC, ARCHIE PATTERSON, MAGA BURGER USA, LLC, MAGA BURGER HOUSTON, LLC, PRESIDENT BURGER LLC F/K/A TRUMP BURGER BELLVILLE, LLC, TRUMP BURGER, LLC, TRUMP BURGER MAGA INC., TRUMP BURGER TEXAS, INC., TRUMP BURGER USA INC., TRUMP BURGER 2024, INC., IYAD ABUELHAWA, SUAD HAMEDAH, TRUMP BURGER CONROE, LLC, TONY WHITE, TRUMP BURGER MONTGOMERY, LLC, MAGA BURGER ATW LLC, MAGA BURGER BAY CITY INC., MAGA BURGER VICTORIA LLC, ROLAND BEAINY, and BARTON RANDOL BLAKELOCK,**<br><br>**Defendants,**<br><br>**and** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**MAGA BURGER HOLDINGS, LLC, TRUMP BURGER LLC, and TRUMP BURGER KEMAH, LLC,**

**Cross-Defendants.**
_______________________________________/

**INTERVENOR PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF ORDER IN RELATED PROCEEDINGS**

COME NOW Intervenor-Plaintiffs DTTM Operations LLC, CIC Operations LLC, and Trump Wine Marks, LLC (collectively, the "Trump Organization"), and pursuant to Rule 201 of the Federal Rules of Evidence, respectfully request that the Court take judicial notice of the Order attached as Exhibit A.

Please see ***Exhibit A*** – Suspension Order of the United States Patent and Trademark Office, Trademark Trial and Appeal Board (the "Board"), dated September 4, 2026, in *Trump Wine Marks, LLC, CIC Operations LLC and DTTM Operations LLC v. Maga Burger Holdings LLC*, Opposition No. 91305407.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(D) of the United States District Court for the Southern District of Texas, I certify that on September 8, 2026, counsel for Intervenors, Michael Santucci, Esq., conferred with counsel for opposing counsel, Michael Spradley, Esq., regarding the relief requested in this Request for Judicial Notice. Opposing counsel stated that it does not oppose the filing of this request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2026, the foregoing document was filed and served on all counsel of record via the Court's CM/ECF system.

Respectfully submitted,

**500law**
*Attorneys for the Trump Organization*
Museum Plaza, Suite 100
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 351-7474
By: */s/ Salvatore Fazio*
**Michael Santucci, Esq.**
Fla. Bar No.: 0105260
Primary E-mail: mis@500law.com
Secondary E-mail: docketing@500law.com
**Salvatore Fazio, Esq.**
Fla. Bar No.: 127525
Primary E-mail: sfazio@500law.com
**Elijah A. Levitt, Esq.**
Fla. Bar No.: 725560
Primary E-mail: elevitt@500law.com
**Cintia Calevoso, Esq.**
Fla. Bar No.: 88576
Primary E-mail: ccalevoso@500law.com