# DEFENDANTS/CROSS-DEFENDANTS' COMBINED RESPONSE IN OPPOSITION TO INTERVENOR PLAINTIFFS' MOTION TO STRIKE AND MOTION TO DISMISS [ECF NO. 105]

## <u>Index of Exhibits</u>

| | |
|---|---|
| **Exhibit A** | Combined Section 8 and 15 Declaration for Registration No. 5,885,602 (Apr. 14, 2026) |
| **Exhibit B** | USPTO Office Action Refusing the Section 15 Filing (May 14, 2026) |
| **Exhibit C** | USPTO Office Action on the Section 7 Request (May 13, 2026) |
| **Exhibit D** | MBH Answer and Compulsory Counterclaim, TTAB Opposition No. 91305407 (Apr. 23, 2026) |
| **Exhibit E** | Recorded Trademark Assignment, Reel/Frame 5752/0967 (Mar. 16, 2016) |
| **Exhibit F** | Recorded Trademark Assignment, Reel/Frame 5655/0279 (Oct. 23, 2015) |

# EXHIBIT A

Combined Section 8/15 Declaration, U.S. Reg. No. 5,885,602 (filed Apr. 14, 2026) (USPTO TSDR)

PTO- 1583
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5885602 |
| **REGISTRATION DATE** | 10/15/2019 |
| **SERIAL NUMBER** | 86724213 |
| **MARK SECTION** | |
| **MARK** | MAKE AMERICA GREAT AGAIN (see, mark) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Michael Santucci |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | 500law |
| **INTERNAL ADDRESS** | Museum Plaza, Suite 100 |
| **STREET** | 200 South Andrews Avenue |
| **CITY** | Fort Lauderdale |
| **STATE** | Florida |
| **POSTAL CODE** | 33301 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 9543517474 |
| **EMAIL** | trademark@500law.com |
| **DOCKET/REFERENCE NUMBER** | CIC002 |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Michael Santucci |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademark@500law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mis@500law.com |
| **DOCKET/REFERENCE NUMBER** | CIC002 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Michael Santucci |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademark@500law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY** | NOT PROVIDED |

| | |
|---|---|
| **COPIES)** | |
| **DOCKET/REFERENCE NUMBER** | CIC002 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 018 |
| **GOODS OR SERVICES** | All purpose sport bags; Backpacks; Duffel bags; Knapsacks; Tote bags; Umbrellas |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-10467528-20260414152 551972819_._MAKE_AMERICA_GREAT_AGAIN_Cl_18_specime n.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\867\242\86724213\xml3\8150002.jpg |
| **SPECIMEN DESCRIPTION** | online store selling goods under the mark |
| **WEBPAGE URL** | https://www.trumpstore.com/collections/maga-collection/make-america-great-again-canvas-tote |
| **WEBPAGE DATE OF ACCESS** | 04/14/2026 |
| **OWNER SECTION** | |
| **NAME** | CIC OPERATIONS LLC |
| **MAILING ADDRESS** | 115 EAGLE TREE TERRACE |
| **CITY** | JUPITER |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 33477 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 15 FILING FEE PER CLASS** | 575 |
| **GRACE PERIOD FEE FOR §8** | 100 |
| **TOTAL FEE PAID** | 675 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Michael Santucci/ |
| **SIGNATORY'S NAME** | Michael Santucci, Esq. |
| **SIGNATORY'S POSITION** | Attorney of record |
| **DATE SIGNED** | 04/14/2026 |
| **SIGNATORY'S PHONE NUMBER** | 9543517474 |
| **SIGNATURE METHOD** | |

| | |
|---|---|
| **SIGNATURE METHOD** | Signed directly within the form |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Apr 14 15:33:06 ET 2026 |
| **TEAS STAMP** | USPTO/S08N15-XXX.X.XX.XX-<br>20260414153308260686-5885<br>602-910dcbc52fc91125e66fc<br>16b6dc8d85e91be3eb34f8d7d<br>631e9848672bc329d2e7a-CC-<br>33069101-2026041415255197<br>2819 |

# EXHIBIT B

USPTO Office Action refusing Section 15 acknowledgment, U.S. Reg. No. 5,885,602 (May 14, 2026) (USPTO TSDR

**To:** Michael Santucci(trademark@500law.com)
**Subject:** U.S. Trademark Application Registration No. 5885602 - MAKE AMERICA GREAT AGAIN - - CIC002
**Sent:** May 14, 2026 03:10:10 PM EDT
**Sent As:** tmng.notices@uspto.gov

**Attachments**

## United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Owner's Trademark Registration

**U.S. Registration No.** 5885602

**Mark:** MAKE AMERICA GREAT AGAIN

**Correspondence Address:**
Michael Santucci
500law
200 South Andrews Avenue
Museum Plaza, Suite 100
Fort Lauderdale FL 33301
United States

**Owner:** CIC OPERATIONS LLC

**Reference/Docket No.** CIC002

**Correspondence Email Address:** trademark@500law.com

## OFFICE ACTION

**This Office action supersedes the Office action dated May 13, 2026. A response is required by the deadline specified below.**

**The USPTO must receive the owner's response to this letter within the <u>time period specified below</u>.** Respond using the trademark electronic filing system. A link to the appropriate response form appears below.

**Issue date:** May 14, 2026

The Sections 8 & 15 Combined Affidavit was received on April 14, 2026. The Section 8 portion of the Combined Affidavit is accepted. However, the Office cannot acknowledge the Section 15 portion for the reason(s) set forth below.

ISSUES PERTAINING TO SECTION 15 PORTION ONLY

**Counterclaim in Record**

The Section 15 Affidavit cannot be acknowledged because Office records show the subject registered mark involved in a court proceeding.

A Section 15 Affidavit must include a verified statement by the registrant that there is no proceeding pending in the United States Patent and Trademark Office or in a court involving the registrant's rights to the mark nor a final decision adverse to the registrant's claim of ownership and use of the mark. 37 C.F.R. §§2.167(d) and (e); TMEP §1605.04. The pending court proceeding contradicts this claim.

**Response Guidelines**

TIME PERIOD FOR RESPONDING: The registrant should respond to this Office action within **6 months** from the issuance date of this Office action. All requirements in this Office action must be satisfied, if possible, in order for the Section 15 Affidavit to be acknowledged. Failure to respond in this time period will result in the abandonment of the Section 15 Affidavit.

A Section 15 Affidavit can be acknowledged if the party who filed the Section 15 Affidavit is the current registrant, and if the registrant can make all the claims required by statute. 15 U.S.C. §1065; 37 C.F.R. §2.167. If the Section 15 Affidavit cannot be acknowledged at this time, the registrant may wish to file a new Section 15 Affidavit and fee at a later time when all statutory claims can be made.

**How to respond.** File a **response form to this Post-Registration Office action.**

Beware of trademark-related scams. Owners/Holders are recommended to protect themselves from people and companies that may try to take financial advantage of them based on the information in their trademark registration. Private companies may call owners/holders and pretend to be the USPTO or may send communications that resemble official USPTO documents to trick owners/holders into paying unnecessary fees. Be advised that the USPTO will never request a credit card number or social security number over the phone. Owners/Holders are strongly encouraged to verify correspondence originating from the USPTO by entering the registration number in the USPTO database, TSDR, to confirm that it appears under the "Documents" tab, or contacting the Trademark Assistance Center.

**Direct questions about this Office action** to the undersigned.

/L. Meeks/
Post Reg Specialist
PR--OFFICE OF POST REGISTRATION
United States Patent and Trademark Office
(571) 272-4924
Ladesica.Meeks@uspto.gov

## RESPONSE GUIDANCE

- **Response must be received** by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Trademark electronic filing system maintenance or unforeseen circumstances could affect an owner's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted or processed. If the owner does not have an attorney, the response must be signed by the individual owner, all joint owners, or someone with legal authority to bind a juristic owner. If the owner has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) or Notice has issued
on May 14, 2026 for
**U.S. Trademark Application Ser./Registration No. 5885602**

A USPTO staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.

**(1) Read the Office action or notice.** This email is NOT the Office action or notice.

**(2) Respond to the Office action or notice, if a response is required.** Respond by the deadline using the trademark electronic filing system. Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned or registration may be cancelled and/or expired and/or your document rejected. See the Office action or notice itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application or registration maintenance process, the status of your application or registration, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO staff member identified in the Office action or notice.

## GENERAL GUIDANCE

- **Check the status of your application or registration periodically** in the Trademark

Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application or registration.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your application serial number or registration number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration or registration maintenance process.

# EXHIBIT C

USPTO Office Action re Section 7 request, U.S. Reg. No. 5,885,602 (May 13, 2026) (USPTO TSDR)

**To:** Michael Santucci(trademark@500law.com)
**Subject:** U.S. Trademark Application Registration No. 5885602 - MAKE AMERICA GREAT AGAIN - - CIC002
**Sent:** May 13, 2026 01:16:20 PM EDT
**Sent As:** tmng.notices@uspto.gov

**Attachments**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Owner's Trademark Registration**

**U.S. Registration No.** 5885602

**Mark:** MAKE AMERICA GREAT AGAIN

**Correspondence Address:**
Michael Santucci
500law
200 South Andrews Avenue
Museum Plaza, Suite 100
Fort Lauderdale FL 33301
United States

**Owner:** CIC OPERATIONS LLC

**Reference/Docket No.** CIC002

**Correspondence Email Address:** trademark@500law.com

## OFFICE ACTION

**The USPTO must receive the owner's response to this letter within the <u>time period specified below</u>.** Respond using the trademark electronic filing system. A link to the appropriate response form appears below.

**Issue date:** May 13, 2026

The Section 7 Amendment submitted on January 30, 2026 is not accepted for the reasons set forth below.

**<u>Counterclaim in Record</u>**

The Section 7 Amendment submitted on January 30, 2026 for this registration is denied. The registration is currently the subject of an inter partes proceeding before the Trademark Trial and Appeal Board ("Board") and can only be amended (1) with the consent of the other party or parties and the

approval of the Board, or (2) upon motion granted by the Board. 37 C.F.R. §2.133; *see* TBMP §§514.01-514.03. Any fees submitted with the request will be refunded in due course.

The owner of the registration may file a motion to amend the registration with the Board, pursuant to Trademark Rule 2.133. 37 C.F.R. §2.133. This motion must be served, and must comply with the requirements of 37 C.F.R. §2.133 and the requirements for a proposed amendment to a registration under Section 7(e) of the Trademark Act, including the required fee. 15 U.S.C. §1057(e); 37 C.F.R. §§2.119(a), 2.173. Please contact the Board with any questions about filing such a motion.

**Response Guidelines**

The owner has six months from the issuance date of this letter to respond to all the issues raised in this letter. In order to expedite the processing of your Section 7 Amendment, the early submission of a response to this letter is encouraged. If a complete response is not received in the Office within this time period, then the Section 7 Amendment will be considered abandoned. 37 C.F.R. §2.176. The fee for filing the Section 7 Amendment will not be refunded.

**How to respond.** File a **response form to this Post-Registration Office action.**

Beware of trademark-related scams. Owners/Holders are recommended to protect themselves from people and companies that may try to take financial advantage of them based on the information in their trademark registration. Private companies may call owners/holders and pretend to be the USPTO or may send communications that resemble official USPTO documents to trick owners/holders into paying unnecessary fees. Be advised that the USPTO will never request a credit card number or social security number over the phone. Owners/Holders are strongly encouraged to verify correspondence originating from the USPTO by entering the registration number in the USPTO database, TSDR, to confirm that it appears under the "Documents" tab, or contacting the Trademark Assistance Center.

**Direct questions about this Office action** to the undersigned.

/L. Meeks/
Post Reg Specialist
PR--OFFICE OF POST REGISTRATION
United States Patent and Trademark Office
(571) 272-4924
Ladesica.Meeks@uspto.gov

## RESPONSE GUIDANCE

- **Response must be received** by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Trademark electronic filing system maintenance or unforeseen circumstances could affect an owner's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted or processed. If the owner does not have an attorney, the response must be signed by the individual owner, all joint owners, or someone with legal authority to bind a juristic owner. If the owner has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) or Notice has issued
on May 13, 2026 for
**U.S. Trademark Application Ser./Registration No. 5885602**

A USPTO staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.

**(1) Read the Office action or notice.** This email is NOT the Office action or notice.

**(2) Respond to the Office action or notice, if a response is required.** Respond by the deadline using the trademark electronic filing system. Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned or registration may be cancelled and/or expired and/or your document rejected. See the Office action or notice itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application or registration maintenance process, the status of your application or registration, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO staff member identified in the Office action or notice.

## GENERAL GUIDANCE

- **Check the status of your application or registration periodically** in the Trademark

Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application or registration.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your application serial number or registration number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration or registration maintenance process.

# EXHIBIT D

Applicant's First-Amended Answer and Counterclaims, TTAB Opposition No. 91305407 (TTABVUE)

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1549576** |
| Filing date: | **06/15/2026** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91305407 |
| Party | Defendant<br>Maga Burger Holdings LLC |
| Correspondence address | MICHAEL SPRADLEY<br>BAYOU IP PLLC<br>11011 RICHMOND AVE, STE 178<br>HOUSTON, TX 77042<br>UNITED STATES<br>Primary email: docketing@bayouip.com<br>Secondary email(s): rolandbeainy@icloud.com<br>713-728-3687 |
| Submission | Pleadings and Related Motions<br>Motion to Amend/Amended Answer or Counterclaim |
| Filer's name | Michael Spradley |
| Filer's email | docketing@bayouip.com |
| Signature | /Michael Spradley/ |
| Date | 06/15/2026 |
| Attachments | TTAB First-amended Answer and Counterclaims.pdf(162456 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| DTTM OPERATIONS LLC, CIC OPERATIONS LLC, and TRUMP WINE MARKS LLC, | § | |
| Opposers/Counterclaim Defendants, | § | |
| , | § | |
| v. | § | Opposition No. 91305407 |
| MAGA BURGER HOLDINGS LLC | § | |
| Defendant. | § | |

## APPLICANT'S FIRST-AMENDED ANSWER AND COUNTERCLAIMS

Applicant/Defendant/Counterclaim Plaintiff MAGA Burger Holdings LLC ("Applicant"), by undersigned counsel, files this First Amended Answer and Counterclaims as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) in response to Opposers' motion to dismiss. Applicant denies each and every allegation in the Notice except as expressly admitted below. Any allegation not expressly admitted is denied.

# FIRST-AMENDED ANSWER

1. Applicant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Opposer DTTM Operations LLC's organizational details and therefore denies the same.

2. Applicant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Opposer CIC Operations LLC's organizational details and therefore denies the same.

3. Applicant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Opposer Trump Wine Marks LLC's organizational details and therefore denies the same.

4. Applicant admits that it is MAGA Burger Holdings LLC, a Texas limited liability company, and admits its address of record is 880 Highway 6 South, Apt. 4014, Houston, Texas 77079. Applicant denies any implication of wrongdoing or liability.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Applicant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Opposers' websites and advertising and therefore denies the same.

10. Denied.

11. Applicant admits only that Donald J. Trump is a public figure. Applicant denies the remaining allegations and denies any implication that such fact establishes Opposers' exclusive trademark rights in MAGA or MAKE AMERICA GREAT AGAIN.

12. Applicant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding ownership, operation, and/or management of restaurants around the world and therefore denies the same.

13. Denied.

14. Applicant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Opposers' expenditures and therefore denies the same.

15. Denied.

16. Denied.

17. Denied.

18. Applicant admits only that the Notice lists certain registrations and applications. Applicant denies the remaining allegations, including any characterization of legal effect, any allegation that the listed matters constitute a protectable "family of marks" including MAGA, and any allegation that Opposers own exclusive rights in MAGA or MAKE AMERICA GREAT AGAIN as alleged.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Applicant admits that it filed U.S. Application Serial No. 99135657 under Section 1(b) for the mark MAGA BURGER and that the application was published for opposition. Applicant denies the remaining allegations.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

To the extent the unnumbered "WHEREFORE" paragraph or prayer for relief is deemed to require a response, Applicant denies that Opposers are entitled to any relief and requests that the Notice be dismissed with prejudice and that Application Serial No. 99135657 proceed toward registration.

## AFFIRMATIVE DEFENSES

Without assuming any burden not otherwise imposed by law, and reserving the right to amend or supplement as discovery proceeds, Applicant asserts the following affirmative defenses:

1. **Failure to State a Claim:** The Notice fails, in whole or in part, to plead facts sufficient to support the elements of the asserted claims.

2. **Not Used as a Trademark / No Source-Identifying Use:** Opposers' asserted phrases, including "MAGA" and "MAKE AMERICA GREAT AGAIN," as used in the marketplace, are displayed as outward-facing message matter rather than as source identifiers. Consumers perceive those phrases as conveying political expression, affiliation, or sentiment, not as identifying a single commercial source. Accordingly, Opposers lack enforceable trademark rights in the asserted manner of use..

3. **No Priority as to MAGA for Restaurant Services:** Opposers do not own and cannot prove priority in "MAGA" as a trademark for restaurant services.

4. **No Likelihood of Confusion:** There is no likelihood of confusion under the DuPont factors. In particular, because Opposers' asserted phrases are not used or perceived by

consumers as source identifiers, but rather as informational or expressive message matter, consumers do not rely on such wording to determine origin. This independently forecloses any likelihood of confusion with Applicant's MAGA BURGER mark.

5. **No Fame / No Dilution:** Opposers cannot establish that any asserted mark is famous for dilution purposes. Any recognition associated with the wording derives from political or cultural meaning as a slogan or movement identifier, not from trademark significance as a source-identifying mark.

6. **No False Suggestion of a Connection:** Opposers' asserted wording does not point uniquely and unmistakably to Opposers or any single commercial source. Widespread third-party use defeats any claim of a false suggestion of connection.

7. **Lack of Substantially Exclusive Use:** Opposers have not made substantially exclusive use of MAGA or MAKE AMERICA GREAT AGAIN. Numerous third parties, including politicians and political campaigns unaffiliated with Opposers, have openly used the same terms to identify themselves and their political positions, negating any claim of exclusivity or trademark significance.

8. **Lack of Trademark Significance / Loss of Source Significance / Movement Identifier:** Opposers' asserted wording has come to signify a political movement, message, or ideology rather than a single commercial source. Because the wording is understood primarily as expressive or informational content, it lacks trademark significance.

9. **Limited Scope of any Rights:** Any rights Opposers possess are limited to bona fide trademark use and do not extend to ornamental, informational, expressive, or political uses.

10. **Estoppel / Acquiescence:** By encouraging, acquiescing in, or tolerating widespread third-party political use of MAGA and MAKE AMERICA GREAT AGAIN without

objection, Opposers are estopped from asserting that such terms uniquely identify Opposers or act as a single source indicator.

11. **Unclean Hands / Overreaching:** Opposers seek to monopolize commonly used political slogans beyond the scope of trademark law; equitable principles bar or limit such claims.

12**. Political Expression / First Amendment Use:** Opposers' asserted marks consist of political expression and movement slogans whose widespread use is protected and expected in political discourse. Trademark rights cannot be used to suppress or monopolize political self-identification or expression, and such expressive use defeats Opposers' claims of enforceable trademark significance.

## APPLICANT'S FIRST-AMENDED COUNTERCLAIMS

Applicant/Defendant/Counterclaim Plaintiff MAGA Burger Holdings LLC ("Applicant"), by undersigned counsel, files these First Amended Counterclaims against Opposers/Counterclaim Defendants DTTM Operations LLC, CIC Operations LLC, and Trump Wine Marks LLC (collectively, "Counterclaim Defendants"), and alleges as follows:

### NATURE OF THE AMENDED COUNTERCLAIMS

1. Applicant amends its counterclaims to conform them to the same core factual and legal theory now asserted in the related federal action: that trademark law does not permit Counterclaim Defendants to use U.S. Registration No. 5921166 to monopolize wording that, in actual marketplace use and public understanding, functions primarily as political expression, movement language, ornamental message matter, and other non-source-identifying matter rather than as a trademark for the Class 025 goods at issue.

2. Applicant does not seek cancellation of any additional registration in this proceeding. These First Amended Counterclaims are directed only to U.S. Registration No. 5921166, and only as to the goods in International Class 025.

3. Applicant no longer relies on a failure-to-function cancellation theory standing alone. Instead, Applicant pleads always-available abandonment grounds directed to whether the asserted wording has lost significance as a mark, whether Counterclaim Defendants failed to police widespread third-party use in a manner sufficient to preserve trademark significance, and whether Counterclaim Defendants permitted uncontrolled third-party use amounting to naked licensing.

**PARTIES, JURISDICTION, AND APPLICANT'S ENTITLEMENT TO BRING THESE COUNTERCLAIMS**

4. Applicant MAGA Burger Holdings LLC is a Texas limited liability company and the applicant in U.S. Application Serial No. 99135657 for the mark MAGA BURGER for restaurant services in International Class 043.

5. Upon information and belief, Counterclaim Defendant CIC Operations LLC is the owner of U.S. Registration No. 5921166 for the standard character mark MAKE AMERICA GREAT AGAIN. To the extent any other Counterclaim Defendant claims an ownership interest in, exercises control over, licenses, or asserts rights under that registration, such party is properly named as a Counterclaim Defendant.

6. This is an opposition proceeding under Section 13 of the Trademark Act, 15 U.S.C. § 1063, in which Counterclaim Defendants seek to prevent registration of Applicant's MAGA BURGER application.

7. The Board has jurisdiction over these counterclaims pursuant to Section 14 of the Trademark Act, 15 U.S.C. § 1064, because Applicant seeks partial cancellation of a pleaded registration that Counterclaim Defendants have placed directly in issue in this proceeding.

8. Counterclaim Defendants have pleaded U.S. Registration No. 5921166 and associated asserted rights in MAKE AMERICA GREAT AGAIN as a basis to refuse registration of Applicant's application and to support broader allegations of exclusive rights and a family of marks including MAGA and MAKE AMERICA GREAT AGAIN.

9. Applicant has a real interest in the outcome of this proceeding and a reasonable belief of damage because Registration No. 5921166 is being used in this proceeding as part

of the asserted basis to block Applicant's MAGA BURGER application, and because the continued existence of that registration as to Class 025 goods strengthens Counterclaim Defendants' pleaded exclusivity and family-of-marks theories against Applicant.

10. Partial cancellation of Registration No. 5921166 as to Class 025 will materially alter the scope of the rights Counterclaim Defendants may assert in this proceeding and will remove, narrow, or weaken one of the pleaded bases on which Counterclaim Defendants seek to prevent registration of Applicant's mark.

## FACTUAL ALLEGATIONS

11. MAKE AMERICA GREAT AGAIN is not perceived by the public primarily as the brand of a line of consumer goods. It is perceived primarily as a political slogan, political message, and shorthand name for a broad political movement and ideology.

12. That public understanding did not arise accidentally. Donald J. Trump and those aligned with him transformed MAKE AMERICA GREAT AGAIN from campaign wording into the identifying slogan of a national political movement. Through repeated political use in speeches, rallies, interviews, campaign material, commentary, public debate, and movement-wide adoption, the phrase came to signify a political cause and movement far broader than any single seller of hats, apparel, or related goods.

13. Trademark law protects source-identifying designations. It does not allow a registrant to convert the name or slogan of a political movement into an exclusive badge of origin for ordinary consumer goods where the public understands the phrase primarily as political expression rather than as an indicator of a single commercial source.

14. Counterclaim Defendants' own marketplace use confirms that reality. On hats, the phrase appears in large centered block letters across the front panel in the precise

location where viewers can readily read the message while the hat is worn. The phrase is displayed as outward-facing content intended to be read by others.

15. By contrast, the same hat bears a separate interior brand tag reading AHEAD AMERICANA. That is the sort of location and content consumers traditionally associate with source identification for apparel and headwear. The separate interior brand reinforces that the front-facing slogan is message matter, while the tag performs the branding function.

16. The same pattern appears on other goods within and adjacent to the registration's scope. The phrase is centered and prominently displayed on the outward-facing surface in the most effective location for passersby to read the message. Viewers are meant to read the phrase. The goods serve as moving billboards for the message.

17. When a phrase is used this way, large, centered, front-facing, and outwardly readable, the ordinary consumer does not perceive it primarily as a source identifier. The consumer perceives it as ornamentation, information, affiliation, sentiment, or political expression.

18. MAKE AMERICA GREAT AGAIN and MAGA are used widely by politicians, campaigns, commentators, media outlets, organizations, sellers, and members of the public. Those uses are not isolated. They are extensive, longstanding, and central to the phrase's current social meaning.

19. On information and belief, Counterclaim Defendants have tolerated, encouraged, authorized, or selectively accepted third-party uses of MAKE AMERICA GREAT AGAIN and MAGA without imposing meaningful quality-control standards sufficient to preserve the phrase's significance as a mark for Class 025 goods.

20. Members of the public, political candidates, elected officials, commentators, and political organizations routinely use MAKE AMERICA GREAT AGAIN and MAGA to describe themselves, their beliefs, or their political alignment without regard to any particular commercial source of goods.

21. Numerous third parties manufacture, sell, wear, and display apparel bearing MAKE AMERICA GREAT AGAIN or MAGA as an expression of political views, without regard to the identity of the manufacturer or seller.

22. Because of this widespread movement use, MAKE AMERICA GREAT AGAIN has lost significance as a mark, at least as used on the Class 025 goods identified in Registration No. 5921166, and instead functions primarily as movement language, political expression, and outward-facing message matter.

23. Counterclaim Defendants nevertheless continue to rely on Registration No. 5921166 in this opposition proceeding against Applicant.

24. The Board's determination regarding whether Registration No. 5921166 should remain registered for Class 025 goods will have a direct bearing on the scope of Counterclaim Defendants' pleaded rights in this case.

**REGISTRATION AT ISSUE**

25. U.S. Registration No. 5921166 is registered on the Principal Register for the standard character mark MAKE AMERICA GREAT AGAIN and includes, in International Class 025, footwear; hats; jackets; pants; shirts; short-sleeved or long-sleeved t-shirts; shorts; socks; sweat shirts; and swim wear.

## COUNT I

## PARTIAL CANCELLATION OF U.S. REGISTRATION NO. 5921166 (IC 025 ONLY)

## ABANDONMENT BY LOSS OF SIGNIFICANCE AS A MARK

26. Applicant repeats and realleges Paragraphs 1 through 25 as if fully set forth herein.

27. Under Section 45 of the Trademark Act, a mark is abandoned when the owner's course of conduct causes the mark to lose its significance as a mark.

28. Counterclaim Defendants' own conduct caused MAKE AMERICA GREAT AGAIN to lose significance as a mark, at least as to the Class 025 goods identified in Registration No. 5921166.

29. By promoting, permitting, and/or relying upon widespread public use of MAKE AMERICA GREAT AGAIN as the slogan and shorthand name of a political movement, Counterclaim Defendants and those through whom they claim expanded the phrase's public meaning far beyond source identification.

30. As a result, the public encounters MAKE AMERICA GREAT AGAIN on apparel and related goods primarily as political expression, movement language, affiliation, sentiment, or ornamentation, not as an indicator of a single commercial source.

31. Because the phrase has lost significance as a mark for the Class 025 goods at issue, Registration No. 5921166 should be partially cancelled as to International Class 025 on the ground of abandonment.

## COUNT II

## PARTIAL CANCELLATION OF U.S. REGISTRATION NO. 5921166 (IC 025 ONLY)

## ABANDONMENT BY FAILURE TO POLICE RESULTING IN LOSS OF SOURCE SIGNIFICANCE

32. Applicant repeats and realleges Paragraphs 1 through 31 as if fully set forth herein.

33. Counterclaim Defendants and those through whom they claim have permitted widespread third-party use of MAKE AMERICA GREAT AGAIN and MAGA by politicians, political committees, organizations, commentators, sellers, and members of the public.

34. Those uses are extensive, obvious, and longstanding.

35. Although not every failure to sue amounts to abandonment, the scale and persistence of tolerated third-party use here is such that the phrase no longer signifies a single source in the minds of the public. Instead, it signifies political support, criticism, affiliation, irony, ideology, or participation in an ongoing movement.

36. By failing to police widespread third-party use in a manner sufficient to preserve source significance, Counterclaim Defendants have contributed to and ratified the loss of trademark meaning associated with the phrase for the Class 025 goods at issue.

37. Registration No. 5921166 should therefore be partially cancelled as to International Class 025 on the ground of abandonment through failure to police resulting in loss of source significance.

**COUNT III**

**PARTIAL CANCELLATION OF U.S. REGISTRATION NO. 5921166 (IC 025 ONLY)**

**ABANDONMENT BY NAKED LICENSING**

38. Applicant repeats and realleges Paragraphs 1 through 37 as if fully set forth herein.

39. On information and belief, Counterclaim Defendants have permitted or authorized third parties to use MAKE AMERICA GREAT AGAIN and related movement terminology in connection with goods, political activity, and other public-facing uses without maintaining and enforcing adequate quality-control standards.

40. Trademark rights survive licensing only where the owner maintains actual control over the nature and quality of the goods or services offered under the mark.

41. Where an owner permits use without meaningful control, the license is naked and the mark is abandoned.

42. Here, the widespread landscape of tolerated and/or authorized uses, combined with the public's understanding of the phrase as movement language rather than as a controlled commercial signifier, supports the inference that any such licensing or permission has been uncontrolled, illusory, or inadequate to preserve trademark significance for the Class 025 goods at issue.

43. Registration No. 5921166 should therefore be partially cancelled as to International Class 025 on the ground of abandonment by naked licensing.

**PRAYER FOR RELIEF**

WHEREFORE, Applicant respectfully requests that the Board:

1. Deny the Notice of Opposition and dismiss it with prejudice;

2. Enter judgment on Applicant's First Amended Counterclaims;

3. Partially cancel U.S. Registration No. 5921166 as to the goods in International Class 025;

4. Allow Application Serial No. 99135657 to proceed toward registration; and

5. Grant such other and further relief as the Board deems just and proper.

Respectfully submitted,

/s/ Michael Spradley
Michael Spradley
Bayou IP PLLC
1220 Augusta Dr, Ste 174
Houston, Texas 77057
Tel: (713) 728-3687
Email: michael@bayouip.com
Attorney for Applicant/Defendant/Counterclaim
Plaintiff MAGA Burger Holdings LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Applicant's Answer and Counterclaims has been served on Opposers' counsel by forwarding said copy via email on the date of filing to:

Michael I. Santucci, Esq. (mis@500law.com); docketing@500law.com

/s/ Michael Spradley

# EXHIBIT E

Recorded Assignment, Reel/Frame 5752/0967 (USPTO Assignment Recordation Branch)

**900357689 03/17/2016**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM377018

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Donald J. Trump | | 03/16/2016 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | DONALD J. TRUMP FOR PRESIDENT, INC. |
| **Street Address:** | 725 Fifth Avenue |
| **City:** | New York |
| **State/Country:** | NEW YORK |
| **Postal Code:** | 10022 |
| **Entity Type:** | Non-Profit Corporation: VIRGINIA |

**PROPERTY NUMBERS Total: 3**

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 86724213 | MAKE AMERICA GREAT AGAIN |
| **Serial Number:** | 86716074 | MAKE AMERICA GREAT AGAIN |
| **Serial Number:** | 86724115 | MAKE AMERICA GREAT AGAIN |

**CORRESPONDENCE DATA**

**Fax Number:** 2122996264

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 212-837-6264
**Email:** trademarks@hugheshubbard.com
**Correspondent Name:** Patrice P. Jean
**Address Line 1:** One Batter Park Plaza
**Address Line 4:** New York, NEW YORK 10004-1482

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 031842-00001 |
| **NAME OF SUBMITTER:** | Patrice P. Jean |
| **SIGNATURE:** | /Patrice P. Jean/ |
| **DATE SIGNED:** | 03/17/2016 |

**Total Attachments: 2**
source=Assignment1#page1.tif
source=Assignment1#page2.tif

OP $90.00 86724213

# ASSIGNMENT OF TRADEMARKS AND GOODWILL

This ASSIGNMENT OF TRADEMARK AND GOODWILL is made and entered into as of the 16th day of March 2016, between Donald J. Trump, a U.S. citizen doing business at 725 Fifth Avenue, New York, NY 10022 ("Assignor"), and DONALD J. TRUMP FOR PRESIDENT, INC., a Foreign Not-For-Profit Corporation organized and existing under the laws of the State of Virginia, with its principal place of business at 725 Fifth Avenue, New York, NY 10022 ("Assignee").

WHEREAS, Assignor is the owner of all pending and registered marks listed in the accompanying Schedule A (the "Marks"), which are pending or registered in the United States Patent and Trademark Office.

WHEREAS, Assignee desires to acquire all of Assignor's right, title and interest in and to the Marks, including, without limitation, the applications, registrations and any renewals that may be granted thereon, together with the goodwill of the businesses symbolized by the Marks, past common law causes of action and all rights to sue and to recover all damages and other appropriate relief for all past infringement of the Marks.

NOW, THEREFORE, in exchange for 100% of the interests in Assignee and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby assigns and transfers to Assignee and Assignee's successors and assigns, all of Assignor's right, title and interest in and to the Marks, including, without limitation, the applications, registrations and any renewals that may be granted thereon, together with the goodwill of the businesses symbolized by the Marks, common law causes of action and all rights to sue and to recover all damages other relief for past infringement of the Marks.

X ______________________________
Donald J. Trump

Accepted and Agreed:

DONALD J. TRUMP FOR PRESIDENT, INC

By: X ______________________________
Donald J. Trump
President

## Schedule A

| Trademark | Reg. No. | Class |
|---|---|---|
| MAKE AMERICA GREAT AGAIN | 86724213 | 18 |
| MAKE AMERICA GREAT AGAIN | 86716074 | 18, 25 |
| MAKE AMERICA GREAT AGAIN | 86724115 | 16, 25, 26, 35, 36, 41, 45 |

# EXHIBIT F

Recorded Assignment, Reel/Frame 5655/0279 (USPTO Assignment Recordation Branch)

**900342292 10/27/2015**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM360182

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Meri Barnes | | 10/23/2015 | INDIVIDUAL: UNITED STATES |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | Donald J. Trump |
| **Street Address:** | 725 Fifth Avenue |
| **City:** | New York |
| **State/Country:** | NEW YORK |
| **Postal Code:** | 10022 |
| **Entity Type:** | INDIVIDUAL: UNITED STATES |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 86716074 | MAKE AMERICA GREAT AGAIN |

## CORRESPONDENCE DATA

**Fax Number:** 2122996051

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** (212) 837-6847
**Email:** trademarks@hugheshubbard.com
**Correspondent Name:** Natasha N. Reed
**Address Line 1:** One Battery Park Plaza
**Address Line 4:** New York, NEW YORK 10004-1482

OP $40.00 86716074

| | |
|---|---|
| **NAME OF SUBMITTER:** | Natasha N. Reed |
| **SIGNATURE:** | /Natasha N. Reed/ |
| **DATE SIGNED:** | 10/27/2015 |

**Total Attachments: 1**
source=TRUMP ASSIGNMENT#page1.tif

ASSIGNMENT OF TRADEMARK AND GOODWILL

This ASSIGNMENT OF TRADEMARK AND GOODWILL is made and entered into as of the 23rd day of October, 2015 between Meri Barnes, an individual with her principal place of business at 12836 Alondra Boulevard, Cerritos, CA 90703 ("Assignor"), and Donald J. Trump, an individual with his principal place of business at 725 Fifth Avenue, New York, NY 10022 ("Assignee").

WHEREAS, Assignor is the owner of the application to register the mark, MAKE AMERICA GREAT AGAIN, U.S. Trademark Application No. 86/716,074 (the "Mark")

WHEREAS, Assignee desires to acquire the entire right, title and interest in and to the Mark, the application, and any registration and renewal that may be granted thereon, together with the goodwill of the business symbolized by the Mark, past common law causes of action and the right to sue and to recover all damages and other appropriate relief for all past infringement of the Mark.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby assigns and transfers to Assignee and Assignee's successors and assigns, the entire right, title and interest in and to the , the application, and any registration and renewal that may be granted thereon, together with the goodwill of the business symbolized by the Mark and past common law causes of action and the right to sue and to recover all damages and other appropriate relief for all past infringement of the Mark. Assignor will execute any and all further documents necessary to transfer to Assignee title in and to the Mark.

By: [signature]
Meri Barnes

ACCEPTED AND AGREED:

By: [signature]
Donald J. Trump

66912657_1